FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 13 PM 1: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-156 |
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |
| | * * * | |

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On March 28, 2001, defendant, ARTHUR JOHNSON was sentenced for violating Title 18, United States Code, Section 922(g)(1) and 924(g)(2), by the Honorable Kurt D. Englehardt.

II.

Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference.



III.

Defendant has violated the terms of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

WHEREFORE, the government prays that the defendant ARTHUR JOHNSON be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, why his probation should not be revoked, for violation of the terms and conditions of his supervised. release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

MARURICE E. LANDRIEU
Assistant United States Attorney
LA. Bar Roll No. 22104
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3015

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 13 day of January, 20 06.

Assistant United States Attorney

2

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR 22 AM 11: 28
LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :** ARTHUR JOHNSON               **Case Number :** 053L 2:00CR00156-001N

**Name of Sentencing Judicial Officer :** Honorable Edith Brown Clement*

*This case was re-allotted to the Honorable Kurt D. Englehardt

**Offense :** 18 U.S.C. 922(g)(1) and 924(a)(2) - Felon in possession of a firearm and 21 U.S.C. 841(a)(1) - Distribution of heroin

**Date of Sentence :** March 28, 2001

**Sentence :** 57 months in the custody of the Bureau of Prisons, as to Counts 1 and 2, to be served concurrently. Johnson was also ordered to serve a three year concurrent term of supervised release as to Counts 1 and 2. A $200.00 special assessment was also imposed.

**Special Conditions :**

1. Financial disclosure
2. Orientation and life skills
3. Drug testing/treatment
4. Obtain General Equivalency Diploma (GED)

**Type of Supervision :** Supervised Release            **Date Supervision Commenced :** July 15, 2004

**Assistant U.S. Attorney :** Maurice Landrieu         **Defense Attorney :** Robert Barnard

---

### PETITIONING THE COURT

[ X ] To issue a warrant                                                                 [  ] To issue a summons

For the arrest of Arthur Johnson for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**              **Nature of Non-Compliance**

Mandatory Condition:              On March 25, 2005, Johnson was arrested by members of the New Orleans Police Department and charged with possession with intent to distribute cocaine and heroin. This charge is pending.

On March 23, 2005, Johnson was arrested by members of the New Orleans Police Department and charged with criminal trespassing. This charge is pending.

On October 21, October 25, 2004, and March 17, 2005, Johnson submitted urinalyses to personnel at the Methodist Counseling Center which tested positive for cocaine. Johnson admitted using cocaine.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Special Condition No. 3:   On April 19, 2005, Johnson left inpatient treatment at the Fairview Recovery Center without permission.

On September 30, 2004, Johnson failed to report for an individual drug counseling session at the Methodist Counseling Center. On October 15, 2004, Johnson failed to report for an unscheduled urinalysis at the Methodist Counseling Center.

**CUSTODIAL STATUS :**

Johnson is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 20, 2005

_Michael E. Fulham_
Michael E. Fulham
U.S. Probation Officer

REVIEWED BY:
_Matthew G. Arseneaux_
Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Signature_
Signature of Judicial Officer

April 21,
Date

Address of Offender:   6242 Haynes Blvd
                       New Orleans, LA 70126

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
  Original         - Clerk's Office
  1 Copy Certified - U.S. Attorney
  1 Copy Certified - U.S. Marshal's Office
  2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING