UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-156 |
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |

* * *

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that the defendant ARTHUR JOHNSON show cause before the Court at 9:30 a.m., on the 8th day of February 2006, why supervised release granted to him on March 28, 2001 should not be revoked.

New Orleans, Louisiana, this 19th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

3