UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA

No. 00-156 "N"

VS.

ARTHUR JOHNSON

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Sheriff, Orleans Parish Prison

GREETING: --

You are hereby ordered and directed to surrender the body of **Arthur Johnson** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **26th** day of **January, 2006** at **2:00 PM**, at New Orleans, Louisiana, before **Magistrate Judge Louis Moore, Jr.**, for **initial appearance for probation revocation**, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Orleans Parish Prison** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 13 day of January, 2006

LORETTA G. WHYTE, CLERK

BY: _____
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

Return Unexecuted: Subject not in OPP

Tim Goode SDUSM
01-26-06

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA                                    No. 00-156 "N"

VS.

ARTHUR JOHNSON

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Sheriff, Orleans Parish Prison

GREETING: --

You are hereby ordered and directed to surrender the body of **Arthur Johnson** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **26th** day of **January, 2006** at **2:00 PM**, at New Orleans, Louisiana, before **Magistrate Judge Louis Moore, Jr.**, for **initial appearance for probation revocation**, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Orleans Parish Prison** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 13 day of January, 2006

LORETTA G. WHYTE, CLERK

BY: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA                No. 00-156 "N"

VS.

ARTHUR JOHNSON

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Sheriff, Orleans Parish Prison

GREETING: --

You are hereby ordered and directed to surrender the body of **Arthur Johnson** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **26th** day of **January, 2006** at **2:00 PM**, at New Orleans, Louisiana, before **Magistrate Judge Louis Moore, Jr.**, for **initial appearance for probation revocation**, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Orleans Parish Prison** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 13 day of January, 2006

LORETTA G. WHYTE, CLERK

BY: _____
Deputy Clerk

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 13 PM 1:19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-156 |
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |

\* \* \*

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE LOUIS MOORE, JR., UNITED STATES MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Maurice Landrieu, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **ARTHUR JOHNSON B/M, DOB: 03/04/77, SSN: 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,** is now confined in Orleans Parish Prison and is in the custody of the Sheriff of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **ARTHUR JOHNSON** is charged in the United States District Court for the Eastern District of Louisiana with violation of Title 18, U.S.C. §§ 922(g)(1) and 924(a)(2) and that it is necessary for the said **ARTHUR JOHNSON** to appear for initial appearance

___ Fee_____
___ Process_____
_✓_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

for probation violation in the United States District Court for the Eastern District of Louisiana on or before the 26th day of January, 2006 at 2:00 p.m. before U.S. Magistrate Judge Louis Moore, Jr., United States Magistrate Court, New Orleans, LA after which he is to be returned to the custody of the Sheriff of Orleans Parish Prison.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Sheriff of Orleans Parish Prison requiring him to surrender the body of the said **ARTHUR JOHNSON** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal in the United States District Court for the Eastern District of Louisiana on or before the **26th** day of **January, 2006**, at 2:00 p.m. before U.S. Magistrate Judge Louis Moore, Jr., U.S. Magistrate Court, New Orleans, LA, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or by any other United States Marshal, or one of his authorized deputies, to Orleans Parish Prison and there be surrendered to the Sheriff of said institution, or one of his authorized deputies.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

*/s/ Maurice Landrieu*
MAURICE LANDRIEU
Assistant United States Attorney
Louisiana Bar Roll No. 22104
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3015

```
                                                    FILED
                                                U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LA

                                                2006 JAN 13 PM 1:19
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-156 |
| --- | --- | --- |
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |

\* \* \*

**ORDER**

Let a writ of habeas corpus ad prosequendum be issued to the Sheriff of Orleans Parish Prison or one of his authorized deputies, ordering and directing said Sheriff of the said institution, or one of his authorized deputies, to surrender the body of **ARTHUR JOHNSON** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the said United States Marshals for the Eastern District of Louisiana on or before the 26th day of January, 2006, at 2:00 p.m., before U.S. Magistrate Judge Louis Moore, Jr. to appear for initial appearance for probation revocation and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or one of his authorized deputies, to Orleans Parish Prison and there be surrendered to the Sheriff of said institution, or one of his authorized deputies.

New Orleans, Louisiana, this 13th day of January, 2006.



UNITED STATES MAGISTRATE JUDGE

___ Fee ___
_✓_ Process ___
_✓_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No ___