FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 30  PM 1: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-156 |
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |

\* \* \*

## ORDER

Let a writ of habeas corpus ad prosequendum be issued to the Sheriff of Wynn Correctional Center, Winnfield, LA or one of his authorized deputies, ordering and directing said Sheriff of the said institution, or one of his authorized deputies, to surrender the body of **ARTHUR JOHNSON** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the said United States Marshals for the Eastern District of Louisiana on or before the 6th day of February, 2006, at 2:00 p.m., before U.S. Magistrate Judge Louis Moore, Jr. to appear for initial appearance for probation revocation and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or one of his authorized deputies, to Wynn Correctional Center, Winnfield, LA and there be surrendered to the Sheriff of said institution, or one of his authorized deputies.

New Orleans, Louisiana, this 30 day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

_ Fee_____
_ Process____
X Dktd_____
_ CtRmDep___
_ Doc. No.___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA      No. 00-156 "N"

VS.

ARTHUR JOHNSON

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Sheriff, Wynn Correctional Center

GREETING: --

You are hereby ordered and directed to surrender the body of **Arthur Johnson** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **6th** day of **February, 2006** at **2:00 PM**, at New Orleans, Louisiana, before **Magistrate Judge Louis Moore, Jr.**, for **initial appearance for probation revocation**, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Wynn Correctional Center** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 30 day of January, 2006

LORETTA G. WHYTE, CLERK

BY: _____
           Deputy Clerk