MINUTE ENTRY
MOORE, M.J.
*February 6, 2006*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-156 |
| ARTHUR JOHNSON | SECTION "N" |

## INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/WITHOUT COUNSEL _William Quinlan for_
            X / ASST. U. S. ATTORNEY  MAURICE LANDRIEU
            X / PROBATION OFFICER MICHAEL E. FULHAM
            __ / INTERPRETER,_____, SWORN  (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ  SUMMARIZED (WAIVED)

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____

__ / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_____

X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    _February 7, 2006 at 2:00 p.m._
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE KURT D. ENGELHARDT

MJSTAR:  :08

__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep__
__ Doc. No.__