

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO. 00-156 |
| ARTHUR JOHNSON | SECTION "N" |

### ORDER

Although the Probation Officer's February 2, 2006 Dispositional Report identifies Robert Barnard as defense counsel in this matter, the Court has just been apprised that Mr. Barnard has not presently been appointed as counsel of record and that he only today became aware that the January 13, 2006 Rule to Revoke Supervised Release is set for hearing on Wednesday, February 8, 2006. Accordingly, **IT IS ORDERED** that the February 8, 2006 hearing on the Rule to Revoke Supervised Release is **CONTINUED** until Wednesday, March 15, 2006, at 9:30 a.m. **IT IS FURTHER ORDERED** that the Court shall hold a status conference on Thursday, March 9, 2006, at 9:30 a. m., to discuss potential stipulations and evidence to be submitted in connection with Mr. Johnson's March and May 2005 arrests. Counsel and Probation Officer Michael Fulham shall attend.

The Court further notes that the May 10, 2005 arrest outlined in the Dispositional Report does not appear in the Rule to Revoke Supervised Release. Accordingly, the Government will need to amend the Rule to Revoke Supervised Release to reflect that arrest and the underlying conduct.

New Orleans, Louisiana, this 6th day of February 2006.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Clerk to Copy:**

Defense Counsel
Assistant United States Attorney Maurice Landrieu
United States Probation Officer Michael Fulhum