MINUTE ENTRY
ENGELHARDT, J.
March 9, 2006

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-156 |
| ARTHUR JOHNSON | SECTION "N" |

A status conference was conducted on Thursday, March 9, 2006 at 9:30 a.m. Participating were Maurice Landrieu, Assistant United States Attorney; Robert F. Barnard, Federal Public Defender, counsel for defendant, Arthur Johnson; and Michael Fulham, United States Probation Officer.

JS10(00:17)