FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -7 PM 2: 14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-156 |
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |
| | * * * | |

## SUPPLEMENTAL RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On March 28, 2001, defendant, ARTHUR JOHNSON was sentenced for violating Title 18, United States Code, Section 922(g)(1) and 924(g)(2), by the Honorable Kurt D. Englehardt.

II.

Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference. Defendant has violated the terms of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

III.

On January 13, 2006, the Government filed a Rule to Revoke Supervised Release. Since that filing the Government has received additional information regarding further violations of Mr. JOHNSON's supervised release included in New Orleans Police Department Report attached hereto as Exhibit "B". Also included in this filing is a letter to Probation Officer Fulham from Mr. JOHNSON attached hereto as Exhibit "C".

WHEREFORE, the government prays that the defendant ARTHUR JOHNSON be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, why his probation should not be revoked, for violation of the terms and conditions of his supervised. release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

MARURICE E. LANDRIEU
Assistant United States Attorney
LA. Bar Roll No. 22104
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3015

CERTIFICATE OF SERVICE
I certify that a copy of the
foregoing has been served upon
counsel for all parties
by mailing the same to each,
properly addressed and postage
prepaid this_____7_____day of
_____March_____, 2006.
_____
Assistant United States Attorney

2

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR 22 AM 11: 28
LORETTA G. WHYTE
CLERK

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :** ARTHUR JOHNSON          **Case Number :** 053L 2:00CR00156-001N

**Name of Sentencing Judicial Officer :** Honorable Edith Brown Clement*

*This case was re-allotted to the Honorable Kurt D. Englehardt

**Offense :** 18 U.S.C. 922(g)(1) and 924(a)(2) - Felon in possession of a firearm and 21 U.S.C. 841(a)(1) - Distribution of heroin

**Date of Sentence :** March 28, 2001

**Sentence :** 57 months in the custody of the Bureau of Prisons, as to Counts 1 and 2, to be served concurrently. Johnson was also ordered to serve a three year concurrent term of supervised release as to Counts 1 and 2. A $200.00 special assessment was also imposed.

**Special Conditions :**

1. Financial disclosure
2. Orientation and life skills
3. Drug testing/treatment
4. Obtain General Equivalency Diploma (GED)

**Type of Supervision :**    Supervised Release          **Date Supervision Commenced :** July 15, 2004

**Assistant U.S. Attorney :**    Maurice Landrieu          **Defense Attorney :** Robert Barnard

---

### PETITIONING THE COURT

[ X ] To issue a warrant                                   [ ] To issue a summons

For the arrest of Arthur Johnson for alleged violations of Supervised Release , and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**                          **Nature of Non –Compliance**

**Mandatory Condition:**

On March 25, 2005, Johnson was arrested by members of the New Orleans Police Department and charged with possession with intent to distribute cocaine and heroin. This charge is pending.

On March 23, 2005, Johnson was arrested by members of the New Orleans Police Department and charged with criminal trespassing. This charge is pending.

On October 21, October 25, 2004, and March 17, 2005, Johnson submitted urinalyses to personnel at the Methodist Counseling Center which tested positive for cocaine. *Johnson admitted using cocaine.*

_____ Fee:
X  Process.
___ Dktd.
___ CtRmDep
___ Doc. No.

*March 28 phone call ⇒ never mentioned being arrested*

GOVERNMENT
EXHIBIT

A

Special Condition No. 3:   On April 19, 2005, Johnson left inpatient treatment at the Fairview Recovery Center without permission.

On September 30, 2004, Johnson failed to report for an individual drug counseling session at the Methodist Counseling Center. On October 15, 2004, Johnson failed to report for an unscheduled urinalysis at the Methodist Counseling Center.

**CUSTODIAL STATUS :**

Johnson is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 20, 2005

*Michael E Fulham*

Michael E. Fulham
U.S. Probation Officer

REVIEWED BY:

*Matthew G. Arseneaux*

Matthew G. Arseneaux
Supervising U. S. Probation Officer

**THE COURT ORDERS**

[ ]     No Action
[✓]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

April 21,

Date

Address of Offender:     6242 Haynes Blvd
                         New Orleans, LA 70126

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING <u>ONLY</u>:
        Original    -  Clerk's Office
        1 Copy Certified   - U.S. Attorney
        1 Copy Certified   - U.S. Marshal's Office
        2 Copies Certified  - U.S. Probation Office

**NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING**

# NEW ORLEANS POLICE DEPARTMENT

☒ INCIDENT REPORT
☐ SUPPLEMENTAL REPORT PAGE 1 OF 17

**ITEM NUMBER** E-18294-05

**EVENT**

| SIGNAL | INCIDENT |
|---|---|
| 966 | NARCOTICS VIOLATION |

LOCATION OF OCCURANCE: 3207 JACKSON AVE.

DATE/TIME OCCURRED: 5-10-05 5:15PM
DATE/TIME OF REPORT: 5-10-05 5:15PM
DIST/ZONE/SUB: 6L01
LIGHTING: G

STATUS:
☐ OPEN
☒ CLEARED BY ARREST
☐ CLEARED BY EXCEPT.
☐ WARRANT ISSUED
☐ UNFOUNDED

BULLETIN REQUIRED: ☐ YES ☒ NO

**VICTIM/REPORTING PERSON**

☒ VICTIM ☐ WITNESS ☐ REPORTING PERSON ☐ INTERVIEW
STATE OF LOUISIANA
DATE OF BIRTH OR AGE: X  RACE: X  SEX: G  VICTIM TYPE: 01

HOME ADDRESS: X  ZIP CODE: X  HOME PHONE: X  SOCIAL SECURITY NUMBER: X  SOBRIETY: X  INJURY: X  TREATED: X
BUSINESS ADDRESS: X  ZIP CODE: X  BUSINESS PHONE: X  DRIVERS LICENSE NUMBER: X  OCCUPATION: X

**OFFENDER NO. 1**

☒ ARRESTED ☐ WANTED ☐ MISSING ☐ RUNAWAY
McGEE, ANTONIO
DATE OF BIRTH OR AGE: 9-10-73  RACE: B  SEX: M  HEIGHT: 6'1  WEIGHT: 195

HOME ADDRESS: 22 ASHTON COX DR.  ZIP CODE: 70134
DATE/TIME OF ARREST: 5-10-05 5:15PM  ARREST CREDIT: 72  SOBRIETY: U  INJURY: X  TREATED: X

ARREST LOCATION: 3207 JACKSON AVE.
SOCIAL SECURITY NUMBER: 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  DRIVERS LICENSE NUMBER: X  DIST/ZONE/SUB: 6L01  RIGHTS WAIVED FORM #: X

ALIAS/NICKNAME: X
MAGISTRATE DATE/TIME: TO BE SET  TRANSPORTED BY: ROCCAFORTE/LAROCHE  UNIT: 4774

ARRESTEE ARMED AT TIME OF ARREST: ☐ HANDGUN ☐ SHOTGUN ☐ RIFLE ☐ KNIFE ☐ OTHER WEAPON ☐ AUTOMATIC ☐ SEMI-AUTOMATIC
ARREST TYPE: ☒ ON VIEW ☐ EXISTING WARRANT ☐ SUMMONS
RESIDENT STATUS: ☒ ORLEANS RESIDENT ☐ NON-RESIDENT
JUVENILE DISPOSITION: ☐ RELEASED TO PARENT ☐ HELD FOR COURT

CHARGES:
R.S.40:967, RELATIVE TO POSSESSION W.I.T.D. A SCH.II. CDS, TO WIT COCAINE   160 GRAMS   VICTIM # 1  RELATIONSHIP X
R.S.40:1033, RELATIVE TO POSSESSION OF DRUG PARAPHERNALIA.   1   X

**DESCRIPTION**

ADDITIONAL DESCRIPTION: RED SHIRT W/DARK SLEEVES AND FADED BLUE/GREY JEANS.

**ADM**

DETECTIVE: XX
CRIME LAB: 
OTHER: X
REPORTING CAR #: 4773

REPORTING OFFICER: DET. A. ROCCAFORTE  BADGE: 1329
REPORTING OFFICER: X  BADGE: X
SUPERVISOR: SGT. J. WILLIAMS  BADGE: 219

GOVERNMENT EXHIBIT B

## NEW ORLEANS POLICE DEPARTMENT

☐ INCIDENT REPORT
☐ SUPPLEMENTAL REPORT PAGE 2 OF **17**

**ITEM NUMBER:** E-18294-06

| | | | | |
|---|---|---|---|---|
| **SIGNAL** 966 | **INCIDENT** NARCOTICS VIOLATION | **DATE/TIME OCCURRED** 5-10-06 5:15PM | **DIST/ZONE/SUB** 6L01 | **STATUS** ☐ OPEN ☒ CLEARED BY ARREST ☐ CLEARED BY EXCEPT. ☐ WARRANT ISSUED ☐ UNFOUNDED |
| **LOCATION OF OCCURANCE** 3207 JACKSON AVE. | | **DATE/TIME OF REPORT** 5-10-05 5:15PM | **LIGHTING** G | **BULLETIN REQUIRED** ☐ YES ☒ NO |

**EVENT**

**VICTIM/REPORTING PERSON**

☒ VICTIM ☐ WITNESS ☐ REPORTING PERSON ☐ INTERVIEW

STATE OF LOUISIANA

| | | | | | |
|---|---|---|---|---|---|
| **HOME ADDRESS** X | | **DATE OF BIRTH OR AGE** X | **RACE** X | **SEX** G | **VICTIM TYPE** **VICTIM #** 01 |
| **BUSINESS ADDRESS** | **ZIP CODE** X | **HOME PHONE** X | **SOCIAL SECURITY NUMBER** X | **SOBRIETY** X | **INJURY** X | **TREATED** X |
| | **ZIP CODE** X | **BUSINESS PHONE** X | **DRIVERS LICENSE NUMBER** X | **OCCUPATION** | | |

☐ VICTIM ☐ WITNESS ☐ REPORTING PERSON ☐ INTERVIEW

| | | | | | |
|---|---|---|---|---|---|
| **HOME ADDRESS** | | **DATE OF BIRTH OR AGE** X | **RACE** X | **SEX** X | **VICTIM TYPE** **VICTIM #** |
| **BUSINESS ADDRESS** | **ZIP CODE** | **HOME PHONE** | **SOCIAL SECURITY NUMBER** | **SOBRIETY** | **INJURY** | **TREATED** |
| | **ZIP CODE** | **BUSINESS PHONE** | **DRIVERS LICENSE NUMBER** | **OCCUPATION** | | |

**OFFENDER NO. 2**

☒ ARRESTED ☐ WANTED ☐ MISSING ☐ RUNAWAY

JOHNSON, ARTHUR

| | | | | | |
|---|---|---|---|---|---|
| **HOME ADDRESS** 423 OCEAN DR., Gretna | **ZIP CODE** 70134 | **DATE OF BIRTH OR AGE** 3-4-77 | **RACE** B | **SEX** M | **HEIGHT** 5'9 | **WEIGHT** 215 |
| **ARREST LOCATION** 3207 JACKSON AVE. | | **DATE/TIME OF ARREST** 5-10-05 5:15PM | **ARREST CREDIT** 72 | **SOBRIETY** U | **INJURY** N | **TREATED** X |
| **ALIAS/NICKNAME** X | | **SOCIAL SECURITY NUMBER** 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 | **DRIVERS LICENSE NUMBER** X | **DIST/ZONE/SUB** 6L01 | **RIGHTS WAIVED FORM #** X | |
| **ARRESTEE ARMED AT TIME OF ARREST** | | **MAGISTRATE DATE/TIME** TO BE SET | **TRANSPORTED BY** ROCCAFORTE/LAROCHE | | **UNIT** 4774 |

☐ UNARMED ☐ SHOTGUN ☐ KNIFE ☐ AUTOMATIC
☐ HANDGUN ☐ RIFLE ☐ OTHER WEAPON ☐ SEMI-AUTOMATIC

**ARREST TYPE:** ☒ ON VIEW ☐ SUMMONS ☐ EXISTING WARRANT

**RESIDENT STATUS:** ☒ ORLEANS RESIDENT ☐ NON-RESIDENT

**JUVENILE DISPOSITION:** ☐ RELEASED TO PARENT ☐ HELD FOR COURT

**CHARGES**

R.S.40:967, RELATIVE TO POSSESSION W.I.T.D. A SCH.II, CDS, TO WIT COCAINE    160 GRAMS

R.S.40:1033, RELATIVE TO POSSESSION OF DRUG PARAPHERNALIA.

| VICTIM # | RELATIONSHIP |
|---|---|
| 1 | X |
| 1 | X |

**DESCRIPTION**

| 01-BUILD | 02-ODDITIES | 03-SCARS | 04-TATTOOS | 05-APPAREL | 06-SPEECH |
|---|---|---|---|---|---|
| ☐ 01 SMALL/PETITE ☐ 02 THIN ☐ 03 MEDIUM ☐ 04 MUSCULAR ☐ 05 HEAVY/STOCKY ☐ 06 PLUMP ☐ 07 STOOPED SHOULDERS ☐ 08 NARROW SHOULDERS ☐ 09 BROAD SHOULDERS ☐ 10 WIDE WAIST/SET | ☐ 01 LIMP ☐ 02 CRIPPLED ARM ☐ 03 MISSING ARM ☐ 04 MISSING FINGER ☐ 05 MISSING HAND ☐ 06 MISSING FOOT ☐ 07 MISSING LEG ☐ 08 ABNORMAL GENITALS ☐ 09 BOW LEGGED ☐ 10 LEFT HANDED | ☐ 01 CHEEK, LEFT ☐ 02 CHEEK, RIGHT ☐ 03 CHIN ☐ 04 EAR, LEFT ☐ 05 EAR, RIGHT ☐ 06 EYEBROW, LEFT ☐ 07 EYEBROW, RIGHT ☐ 08 LIP UPPER ☐ 09 NOSE ☐ 10 NECK | ☐ 11 ARM, LEFT ☐ 12 ARM, RIGHT ☐ 13 HAND, LEFT ☐ 14 HAND, RIGHT ☐ 15 WRIST, LEFT ☐ 16 WRIST, RIGHT ☐ 17 CHEST ☐ 18 BACK ☐ 19 LEG, LEFT ☐ 20 LEG, RIGHT | ☐ 01 ARM, LEFT ☐ 02 ARM, RIGHT ☐ 03 HAND, LEFT ☐ 04 HAND, RIGHT ☐ 05 LEG, LEFT ☐ 06 LEG, RIGHT ☐ 07 CHEEK ☐ 08 NECK ☐ 09 BACK ☐ 10 FACE | ☐ 01 CLOTH OVER FACE ☐ 02 STOCKING OVER FACE ☐ 03 MASK ☐ 04 EARRINGS ☐ 05 SUNGLASSES ☐ 06 RINGS ☐ 07 GLOVES ☐ 08 CAP/HAT ☐ 09 MALE/FEMALE ATTIRE ☐ 10 TENNIS SHOES | ☐ 01 SOFT/POLITE ☐ 02 RASPY/DEEP ☐ 03 RAPID ☐ 04 SLOW ☐ 05 LOUD ☐ 06 MUMBLE ☐ 07 STUTTER/LISP ☐ 08 VULGAR ☐ 09 APOLOGETIC ☐ 10 FOREIGN |
| **07-ACCENT** ☐ 01 AFRO/AMERICAN ☐ 02 SPANISH ☐ 03 ORIENTAL ☐ 04 FRENCH ☐ 05 ENGLISH ☐ 06 JAMAICAN ☐ 07 OTHER | **08-FACIAL ODDITIES** ☐ 01 DIMPLES ☐ 02 BLOTCHES ☐ 03 FRECKLES ☐ 04 MOLE/WARTS ☐ 05 PIMPLE/POCKS ☐ 06 WRINKLES ☐ 07 HIGH CHEEKS ☐ 08 THICK LIPS ☐ 09 DROOPING EAR ☐ 10 MISSING EAR | **09-EYES** ☐ 01 BLUE ☐ 02 BROWN ☐ 03 GREY ☐ 04 GREEN ☐ 05 BLOODSHOT ☐ 06 BULGING ☐ 07 CROSSED ☐ 08 WEARING/GLASSES ☐ 09 SQUINT/BLINKS ☐ 10 SLANTED/ORIENTAL | **10-NOSE** ☐ 01 LARGE ☐ 02 SMALL ☐ 03 LONG ☐ 04 THIN ☐ 05 PUG ☐ 06 POINTED ☐ 07 BROAD ☐ 08 FLAT ☐ 09 HOOKED ☐ 10 RED | **11-TEETH** ☐ 01 BROKEN ☐ 02 DECAYED ☐ 03 PROTRUDING ☐ 04 GAPS ☐ 05 MISSING ☐ 06 CHIPPED ☐ 07 GOLD ☐ 08 DESIGN ☐ 09 STAINED ☐ 10 BRACES | **12-HAIR COLOR** ☐ 01 BLONDE ☐ 02 RED ☐ 03 BROWN ☐ 04 BLACK ☐ 05 GREY/SILVER ☐ 06 SANDY ☐ 07 MULTI-COLOR ☐ 08 PLAIT-BLONDES ☐ 09 STREAKED ☐ 10 GREY PATCHES | **13-HAIR STYLE** ☐ 01 AFRO ☐ 02 BRAIDED ☐ 03 CURLY ☐ 04 STRAIGHT ☐ 05 CREW CUT ☐ 06 BALD ☐ 07 LONG ☐ 08 SHORT ☐ 09 MEDIUM ☐ 10 FADE/DESIGN | **14-FACIAL HAIR** ☐ 01 SIDEBURNS ☐ 02 BUTTON CHOPS ☐ 03 BEARD ☐ 04 GOATEE ☐ 05 MUSTACHE ☐ 06 FU-MANCHU ☐ 07 HAIR LINE, UP ☐ 08 UNSHAVEN ☐ 09 BUSHY EYEBROWS ☐ 10 CLEAN SHAVEN | **15-COMPLEXION** ☐ 01 RUDDY ☐ 02 FAIR ☐ 03 RUDDY ☐ 04 OLIVE ☐ 05 LIGHT ☐ 06 MEDIUM ☐ 07 DARK |

**ADDITIONAL DESCRIPTION**
GREY T-SHIRT, BLUE JEAN SHORTS AND WHITE TENNIS SHOES.

**CODES**

| RACE | VICTIM TYPE | SOBRIETY | INJURY | TREATED | VICTIM RELATIONSHIP TO OFFENDER (VICTIM WAS:) |
|---|---|---|---|---|---|
| W-WHITE B-BLACK A-ASIAN U-UNKNOWN | B-BUSINESS F-FINACIAL INST. C-GOVERNMENT L-LAW OFFICER R-RELIGIOUS ORG. | S-SOBER A-ALCOHOL D-DRUGS U-UNKNOWN | B-BROKEN BONES I-INTERNAL INJURY L-LACERATIONS M-MINOR O-OTHER MAJOR N-NO INJURY | R-REFUSED T-TREATED H-HOSPITALIZED | A-SPOUSE B-COMMON LAW C-PARENT D-OFFSPRING F-SIBLING F-GRANDPARENT | G-GRANDCHILD H-OTHER FAMILY I-ACQUAINTANCE J-NEIGHBOR K-BEING BABYSAT L-BOY/GIRL FRIEND | M-EMPLOYER N-EMPLOYEE O-EMPLOYER Q-HOMOSEXUAL R-STRANGER U-UNKNOWN |

**ADM**

| | | | |
|---|---|---|---|
| **DETECTIVE** XX | **CRIME LAB** X | **OTHER** X | **REPORTING CAR #** 4773 |
| **REPORTING OFFICER** DET. A. ROCCAFORTE | **BADGE** 1329 | **REPORTING OFFICER** X | **BADGE** X | **SUPERVISOR** SGT. J. WILLEY | **BADGE** 2-19 |

# NEW ORLEANS POLICE DEPARTMENT - INCIDENT M.O.

PAGE 3 OF 17

ITEM NUMBER E-18294-05

## MOTIVATION

### 16 - CRIMINAL ACTIVITY
- 01 BUYING/RECEIVING
- 02 CULTIVATION/MANUFACTURE
- 03 DISTRIBUTION/SELLING
- 04 EXPLOITING CHILDREN
- 05 POSSESSION WITH INTENT TO SELL
- 06 OPERATING/PROMOTION
- 07 POSSESSING/CONCEALING
- 08 TRANSPORTING/TRANSMITTING
- 09 USING/CONSUMING
- 10 OTHER (DESCRIBE BELOW)

### 17 - MOTIVE
- 01 FINANCIAL GAIN
- 02 ARGUMENT
- 03 SEXUAL
- 04 REVENGE
- 05 JEALOUSY
- 06 NARCOTICS
- 07 DOMESTIC DISPUTE
- 08 GAMBLING LOSSES
- 09 INSANITATE
- 10 NEGLIGENCE
- 11 CHILD ABUSE
- 12 MERCY KILLING
- 13 OTHER CRIME INVOLVED
- 14 OFFENDER KILLED BY POLICE
- 15 OFFENDER KILLED BY CITIZEN
- 16 UNKNOWN

### 18 - TARGETS
- 01 BUSINESS
- 02 RESIDENCE
- 03 GARAGE/CARPORT
- 04 VEHICLE
- 05 PERSON
- 06 DELIVERYMAN
- 07 MAILMAN
- 08 SALESMAN
- 09 TAXI DRIVER
- 10 CASH REGISTER
- 11 DISPLAY ITEMS
- 12 GAMING DEVICE
- 13 JUKEBOX
- 14 SAFE/STRONGBOX
- 15 COIN OPERATED DEVICE
- 16 PURSE/WALLET
- 17 UNKNOWN
- 18 OTHER (DESCRIBE BELOW)

## MEANS OF ENTRY

### 19 - METHOD OF ENTRY
- 01 ADMITTED ENTRY
- 02 OPENED/UNLOCKED
- 03 KEY
- 04 HID IN BUILDING
- 05 FOLLOWED VICTIM
- 06 OFFERED NO FORCE
- 07 BODILY FORCE
- 08 BRICK/ROCK
- 09 BOLT CUTTER
- 10 PRY BAR
- 11 PUNCH LOCK
- 12 SAWED/ALL
- 13 EXPLOSIVE/INCENDIARY DEVICE
- 14 RAMMED BY VEHICLE
- 15 OTHER TOOL
- 16 REMOVED SCREEN/BARS
- 17 JIMMIED LOCK
- 18 SMASHED/BROKE OUT WINDOW
- 19 SMASHED/BROKE OUT DOOR
- 20 SMASHED/BROKE OUT WALL
- 21 OTHER FORCE USED

### 20 - POINT OF ENTRY/EXIT
- 01 FRONT
- 02 SIDE
- 03 REAR
- 04 ROOF
- 05 FLOOR
- 06 DOOR
- 07 WINDOW
- 08 WALL
- 09 DUCT/VENT
- 10 ADJACENT APARTMENT
- 11 ADJACENT BUILDING
- 12 ATTACHED GARAGE
- 13 HOOD
- 14 TRUNK
- 15 UNKNOWN
- 16 OTHER (DESCRIBE)

### 21 - SECURITY USED/DEFEATED
USED / DEF
- 01 ALARM
- 02 BARS
- 03 CAMERA
- 04 DOG
- 05 FENCE/GATE
- 06 GUARD
- 07 INTERIOR LIGHTING
- 08 EXTERIOR LIGHTING
- 09 LOCKED DOORS
- 10 LOCKED WINDOW
- 11 NEIGHBORHOOD WATCH
- 12 OTHER (DESCRIBE BELOW)

## CRIME LOCATION

### 22 - RESIDENTIAL
- 01 SINGLE FAMILY DWELLING
- 02 DUPLEX
- 03 APARTMENT
- 04 CONDOMINIUM
- 05 PUBLIC HOUSING UNIT
- 06 HOTEL/MOTEL
- 07 PRIVATE GARAGE/SHED
- 08 OTHER (DESCRIBE BELOW)

### 23 - OUTDOOR AREA
- 01 STREET/ROADWAY/ALLEY
- 02 VACANT LOT
- 03 PUBLIC PARK
- 04 WOODED AREA/FIELD
- 05 PUBLIC HOUSING COMMON
- 06 CONSTRUCTION SITE
- 07 PUBLIC PARKING AREA
- 08 COMMERCIAL PARKING LOT
- 09 LAKE/WATERWAY
- 10 OTHER (DESCRIBE BELOW)

### 24 - COMMERCIAL ESTABLISHMENT
- 01 APPLIANCE STORE
- 02 AUTO PARTS STORE
- 03 AUTO SALES LOT
- 04 BAR/LOUNGE
- 05 BICYCLE SHOP
- 06 BOOKSTORE
- 07 CAMERA SHOP
- 08 CLEANERS
- 09 CLOTHING STORE
- 10 COIN LAUNDRY
- 11 CONVENIENCE STORE
- 12 COMPUTER STORE
- 13 DEPARTMENT STORE
- 14 DOCTOR'S OFFICE
- 15 DRUG STORE
- 16 ELECTRONICS STORE
- 17 FAST FOOD STORE
- 18 FINANCIAL INSTITUTION
- 19 FLORIST
- 20 GAS STATION
- 21 GUN STORE
- 22 HARDWARE STORE
- 23 HOTEL/MOTEL
- 24 JEWELRY STORE
- 25 LIQUOR STORE
- 26 MANUFACTURING
- 27 OFFICE BUILDING
- 28 PARKING GARAGE
- 29 PAWNSHOP
- 30 RENTAL STORAGE
- 31 RESTAURANT
- 32 SHOE STORE
- 33 SPORTING GOODS
- 34 SUPERMARKET/GROCERY
- 35 THEATER
- 36 VIDEO STORE
- 37 WAREHOUSE
- 38 OTHER (DESCRIBE BELOW)

### 25 - PUBLIC ACCESS AREA
- 01 AIRPORT
- 02 CONVENTION CENTER
- 03 FAIRGROUNDS
- 04 MUNICIPAL AUDITORIUM
- 05 SUPERDOME/ARENA
- 06 U.N.O. ARENA
- 07 UNION PASS TERM.
- 08 OTHER PUBLIC FACILITY
- 09 CASINO-RIVERBOAT
- 10 CASINO-LAND BASE
- 11 CASINO-PARKING
- 12 CHURCH
- 13 SYNAGOGUE
- 14 OTHER RELIGIOUS BUILDING
- 15 GOVERNMENT OFFICE BLDG.
- 16 POST OFFICE
- 17 JAIL/PRISON
- 18 OTHER GOV'T FACILITY
- 19 ELEMENTARY SCHOOL
- 20 HIGH SCHOOL
- 21 COLLEGE/UNIVERSITY
- 22 HOSPITAL/CLINIC
- 23 OTHER (DESCRIBE BELOW)

### 26 - MOVABLE
- 01 AIRCRAFT
- 02 BOAT
- 03 COMMERCIAL VEHICLE
- 04 PERSONAL VEHICLE
- 05 PUBLIC TRANSIT VEHICLE
- 06 RAIL CAR/TRAIN
- 07 RECREATIONAL VEHICLE
- 08 TRACTOR TRAILER
- 09 OTHER (DESCRIBE BELOW)

### 27 - TYPE STRUCTURE
- 01 ONE STORY
- 02 MULTI-STORY
- 03 BRICK
- 04 CINDER BLOCK
- 05 CONCRETE
- 06 CORRUGATED METAL
- 07 WOOD FRAME
- 08 OTHER (DESCRIBE BELOW)

### 28 - STRUCTURE STATUS
- 01 OPEN FOR BUSINESS
- 02 CLOSED
- 03 SECURED
- 04 UNOCCUPIED
- 05 ABANDONED
- 06 VACANT
- 07 OTHER (DESCRIBE BELOW)

## OFFENDER'S ACTIONS

### 29 - OFFENDERS APPROACH TO VICTIM
- 01 LOITERED IN AREA
- 02 STOOD AT BUS STOP
- 03 CASED TARGET
- 04 FOLLOWED ON FOOT
- 05 FOLLOWED IN VEHICLE
- 06 APPROACHED FROM FRONT
- 07 APPROACHED FROM REAR
- 08 APPROACHED FROM VEHICLE
- 09 ATTACKED FROM CONCEALMENT
- 10 STOPPED VICTIM'S VEHICLE
- 11 ANSWERED AD
- 12 ASKED FOR HELP
- 13 ASKED FOR DIRECTIONS
- 14 ASKED FOR TIME
- 15 FEIGNED ILLNESS/INJURY
- 16 ADMITTED WITH CAR TROUBLE
- 17 ENTERED AFTER KNOCKING
- 18 MET AT BAR/PARTY
- 19 GAINED ENTRY HANDYMAN
- 20 OFFERED ALCOHOL
- 21 OFFERED DRUGS
- 22 OFFERED RIDE
- 23 OFFERED JOB
- 24 OFFERED MONEY/GIFT
- 25 OFFERED SEX
- 26 UNKNOWN
- 27 OTHER (DESCRIBE BELOW)

### 30 - IMPERSONATED
- 01 BILL COLLECTOR
- 02 CABLE REP.
- 03 CUSTOMER
- 04 DELIVERY MAN
- 05 FRIEND
- 06 MAILMAN
- 07 POLICE OFFICER
- 08 SALESMAN
- 09 SERVICEMAN
- 10 SURVEY TAKER
- 11 UTILITY CO. REP.
- 12 OTHER (DESCRIBE BELOW)

### 31 - WEAPON
- 01 HANDGUN
- 02 RIFLE
- 03 SHOTGUN
- 04 UNK. FIREARM
- 05 KNIFE/CUTTING INST.
- 06 BLUNT OBJECT
- 07 HANDS/FEET
- 08 POISON
- 09 EXPLOSIVE
- 10 INCENDIARY DEVICE
- 11 DRUGS
- 12 ASPHYXIATION

### 32 - FIREARM FEATURES
- 01 SEMI-AUTOMATIC
- 02 REVOLVER
- 03 CHROME/NICKEL
- 04 BLUE STEEL
- 05 SHORT BARREL
- 06 SINGLE BARREL
- 07 DOUBLE BARREL
- 08 SAWED OFF
- 09 BOLT ACTION
- 10 PUMP
- 11 ALTERED STOCK
- 12 OTHER (DESCRIBE BELOW)

### 33 - PROPERTY CRIMES
- 01 COMMITTED CRIMINAL DAMAGE
- 02 RANSACKED PREMISES
- 03 SET FIRE
- 04 CONSUMED FOOD/DRINK
- 05 USED FACILITIES/PHONE
- 06 DEFECATED/URINATED
- 07 DISABLED PHONE
- 08 HID/IN LOCATION OF HIDDEN PROPERTY
- 09 PLACED GOODS IN BACK
- 10 USED LOOKOUT/DRIVER
- 11 USED COMPUTER EQUIPMENT
- 12 OTHER (DESCRIBE BELOW)

### 34 - PERSON CRIMES
- 01 THREATENED WITH WEAPON
- 02 STRUCK VICTIM WITH WEAPON
- 03 FIRED WEAPON
- 04 SHOT/STABBED VICTIM
- 05 POISONED/DRUGGED VICTIM
- 06 STRANGLED VICTIM
- 07 BURNED VICTIM
- 08 BOUND/GAGGED VICTIM
- 09 KIDNAPPED VICTIM
- 10 FORCED VICTIM INTO LOCATION
- 11 TOOK HOSTAGE
- 12 FORCED VICTIM TO DISROBE
- 13 KNEW VICTIM'S NAME
- 14 CALLED VICTIM BY OTHER NAME
- 15 DEMANDED MONEY
- 16 DEMANDED CAR KEYS
- 17 DEMANDED JEWELRY
- 18 DEMANDED DRUGS
- 19 USED DEMAND NOTE
- 20 DISABLED PHONE
- 21 PLACED PROP. IN BACKPOCKET
- 22 KNEW LOCATION OF HIDDEN PROP.
- 23 USED FACILITIES/PHONE
- 24 USED LOOKOUT/DRIVER
- 25 USED SLEIGHT OF HAND/TRICKERY
- 26 DROP THE PIGEON
- 27 OTHER (DESCRIBE BELOW)

### SEX CRIME SPECIFIC
- 28 CUT/REMOVED VICTIM'S CLOTHING
- 29 OFFENDER DISROBED
- 30 EXPOSED GENITALS ONLY
- 31 VICTIM MASTURBATED OFFENDER
- 32 VICTIM PERFORMED ORAL ACTS
- 33 OFFENDER MASTURBATED
- 34 UNABLE TO ACHIEVE ERECTION
- 35 EJACULATE/URINATED ON VICTIM
- 36 USED CONTRACEPTIVE/LUBRICANT
- 37 KISSED/LICKED/BIT VICTIM
- 38 PERFORMED ORAL ACTS ON VICTIM
- 39 VAGINAL PENETRATION
- 40 ANAL PENETRATION
- 41 PENETRATED WITH OBJECT
- 42 OFFENDER CRIED

### OFFENDER'S VERBAGE / ADDITIONAL INFORMATION

# NEW ORLEANS POLICE DEPARTMENT - PROPERTY

| | | PAGE 4 OF | 17 | ITEM NUMBER E-18294-05 |

## WEAPONS

☐ CONFISCATED  ☐ HANDGUN  
☐ EVIDENCE  ☐ RIFLE  
☐ RECOVERED  ☐ SHOTGUN  

MAKE | MODEL | SERIAL | CALIBER

NCIC  
☐ STOLEN  
☐ NOT STOLEN  

NCIC CONTACT | ADDITIONAL INFORMATION

PAWNSHOP  
☐ RECORD  
☐ NO RECORD  

PAWNSHOP CONTACT

## VEHICLE

VEHICLE STATUS  
☐ STOLEN  
☐ VICTIM  
☐ WANTED  
☐ IMPOUNDED  

YEAR | MAKE | MODEL | COLOR(TOP/BOTTOM) | VALUE

LICENSE NUMBER | STATE | YEAR | VIN/SERIAL NUMBER

RECOVERED  
☐ STOLEN LOCAL  
☐ STOLEN FOREIGN  

LOCATION OF RECOVERY | DIST/ZONE/SUB

### VEHICLE STYLE
☐ 2D TWO DOOR
☐ 4D FOUR DOOR
☐ SW STATION WAGON
☐ PU PICK-UP
☐ AC AIRCRAFT
☐ CV CONVERTIBLE
☐ FV FULL SIZE VAN
☐ MV MINIVAN
☐ RV RECREATIONAL VEHICLE
☐ TR COMMERCIAL TRUCK
☐ SU SPORTS UTILITY
☐ WC WATERCRAFT
☐ MC MOTORCYCLE
☐ XX OTHER

### 33 VEHICLE DAMAGE
☐ LIGHT  ☐ MEDIUM  ☐ HEAVY

### 36 RECOVERED VEHICLE M.O.
☐ 01 USED IN CRIME
☐ 02 USED IN JOY RIDE
☐ 03 VIN NUMBER ALTERED
☐ 04 CHOPPED
☐ 05 STRIPPED
☐ 06 AUDIO ONLY STOLEN
☐ 07 BATTERY ONLY STOLEN
☐ 08 DOOR LOCK POPPED
☐ 09 WINDOW SMASHED
☐ 10 NO FORCED ENTRY
☐ 11 STEERING DEFEATED
☐ 12 NOT WIRED
☐ 13 KEYS IN VEHICLE
☐ 14 RESIDENTIAL AREA
☐ 15 HOUSING DEVELOP.
☐ 16 COMMERCIAL AREA
☐ 17 PARK/PLAYGROUND
☐ 18 DESERTED AREA
☐ 19 BURNED
☐ 20 SUBMERGED

ADDITIONAL DESCRIPTION

## NARCOTIC/PROPERTY CODES

### PROPERTY LEGEND

A1 CURRENCY/COIN
A2 NEGOTIABLE
A3 POSTAGE STAMPS
B0 JEWELRY
B2 PRECIOUS METAL
B3 PRECIOUS STONE
G1 CLOTHING

C0 FURS
C1 PURSE/WALLET
E1 OFFICE EQUIPMENT
E2 OFFICE FURNITURE
E3 COMPUTER HARDWARE
E4 COMPUTER SOFTWARE
F1 TELEVISION

F2 RADIO
F3 STEREO
F4 CAMERA/VIDEO PROJECTOR
F5 AUDIO/VIDEO PROJ.
G1 FIREARM
H1 HOUSEHOLD ITEMS
I1 FOOD/BEVERAGE

I2 ALCOHOLIC BEVERAGES
I3 TOBACCO PRODUCTS
I4 GASOLINE/OIL
I5 TOILETRIES
N DRUGS
J1 LIVESTOCK
K1 ART/ANTIQUES

K2 CEMETERY ITEMS
K3 BICYCLE
K4 NON-NEGOTIABLE
K5 CREDIT/DEBIT CARDS
K6 NARCOTIC EQUIPMENT
K7 GAMBLING EQUIPMENT
K8 HAND/POWER TOOLS

K9 HEAVY EQUIPMENT
KA VEHICLE PARTS/ACC.
KB OTHER PROPERTY
L1 STRUCTURE DWELLING
L2 STRUCTURE COMM.
L3 STRUCTURE PUBLIC
L4 STRUCTURE STORAGE

### LOSS TYPE
S STOLEN
R RECOVERED
D DAMAGED/DESTROYED
B BURNED
F FORGED/COUNTERFEIT
C CONFISCATED/SEIZED
U UNKNOWN
N NONE

### NARCOTIC LEGEND
NA CRACK COCAINE
NB POWDER COCAINE
NC HASHISH
NI HASH OIL
ND HEROIN
NE MARIJUANA
NF MORPHINE
NG OPIUM
NH OTHER NARCOTIC
NO LSD
NJ PCP
NK OTHER HALLUCINOGEN
NL METHAMPHETAMINES
NM OTHER STIMULANTS
NN BARBITURATES
NO OTHER DEPRESSANT
NP OTHER DRUGS
NU UNKNOWN

### NARCOTIC WEIGHT
GM GRAM
KG KILOGRAM
OZ OUNCE
LB POUND
ML MILLILITER
LT LITER
FO FLUID OUNCE
GL GALLON
DU DOSAGE UNITS
NP NUMBER PLANTS
XX OTHER

PROPERTY/EVIDENCE RECEIPT  
#200510256

## PROPERTY / EVIDENCE

| LOSS TYPE | QUANTITY/ WEIGHT | BRAND/MANUFACTURER NARCOTIC TYPE | DESCRIPTION | SERIAL NUMBER | PROP/NARC CODE | VALUE |
|---|---|---|---|---|---|---|
| | | | **"SEE NARRATIVE SECTION"** | | | |

966                                                        E-18294-05

Page 5 of 17

**CASE AGENTS:**

Detective Andrew Roccaforte
Detective Dennis Bush
Detective Jody Laroche
Detective Yussef Willoughby
Detective Corey Robinson
Detective Miguel Thompson
Detective Josh Burns
Detective Harry Stovall
Detective Jeff Sislo
Detective Darren Hartman

**CASE SUPERVISOR:**

Sgt. Joey Williams

**ARRESTED SUBJECT(S):**

Antonio Mcgee b/m, 09-10-73, 22 Ashton Cox Dr.
Arthur Johnson b/m, 03-04-77, 423 Ocean Dr., Gretna, La.

**EVIDENCE:**

C-E1. $216.65 dollars in U.S. currency. A1
C-E2. One paper bag containing numerous white rocks (20.11 grams) NA.
C-E3. One plastic bag containing a napkin and several pieces of white rocks (32.50 grams). NA
C-E4. One plastic bag containing two clear plastic bags each containing a white powder substance (127.67 grams) NA.
C-E5. One clear plastic bag containing capsules. KB
C-E6. One jar containing white residue (253.02 grams).K6
C-E7. One knife with white residue. K6
C-E8. One BB pistol. KB
C-E9. One Samsung Sprint cell phone for Arthur Johnson. KB
C-E10. One La.commercial drivers license for Antonio Mcgee. KB
C-E11. One receipt for Antonio Mcgee. KB
C-E12. One Tanita digital scale. K6
C-E13. One box of live 9mm rounds. G1
C-E14. Four magazines. G1
C-E15. Numerous live rounds. G1

**DISPOSITION OF EVIDENCE:**

                    SEIZED FROM 3207 JACKSON AVE.

    On Tuesday, May 10, 2005, at approximately 5:15 p.m., Detective
Andrew Roccaforte    1329                    Dennis Bush    1732

966

E-18294-05

Page 6 of 17

    Andrew Roccaforte seized evidence items E1 ($44.65)-E9 and E11-E15 from 3207 Jackson Ave. and maintained custody.

### SEIZED FROM ANTONIO MCGEE

    On the same date and time, Detective Bush seized evidence item E1 ($172.00) and E10 from Antonio Mcgee and subsequently released custody of this evidence to Detective Roccaforte who maintained custody. On the same date, at about 7:20 p.m., Detective Roccaforte proceeded to the Central Evidence and Property Division where evidence items E2-E7 were weighed, initialed, dated and packaged for deposit. This evidence was placed into the NOPD Narcotics Depository. All of the evidence was placed on the evidence books and documented under voucher number 200510256.

**NARRATIVE:**

    On Tuesday, May 10, 2005, at approximately 5:15 p.m., The Major Case Narcotics Unit had the occasion to arrest Antonio Mcgee b/m, 09-10-73 and Arthur Johnson b/m, 03-04-77 for narcotics violations. The facts and circumstances surrounding the arrests are as follows.

    Within 24 hours inclusive of Monday, May 9, 2005, Narcotics and Drug Abuse Detective Andrew Roccaforte spoke with a confidential and reliable informant who has proven reliable in the past. This informant had provided information that led to the arrests of numerous individuals for narcotics violations. On this occasion, the CI provided information relative to a black male, about 25-30 years old, known as "Arthur" was utilizing 3207 Jackson Ave., the upstairs first apartment door on the left as a retail outlet for selling Crack Cocaine. According to the CI, Arthur did not reside at the apartment but was allowed by the occupant, a black male, about 24-25 years old, known as Darnell, to store and sell Crack Cocaine from the apartment.

    On the same date, in the afternoon hours, the CI assisted Detective Roccaforte and executed a controlled purchase of Crack Cocaine from the location. (refer to the attached search warrant for details). On Tuesday, May 10, 2005, Detective Roccaforte applied for a search warrant for 3207 Jackson Ave., the first upstairs apartment on the left and appeared before The Honorable Magistrate Gerard Hansen. After careful review, Judge Hansen signed the search warrant at 3:00 p.m.

    On Tuesday, May 10, 2005, at approximately 4:00 p.m., Detective Roccaforte spoke with the CI who informed Detective Roccaforte that the main target, "Arthur" was inside the apartment cooking

Andrew Roccaforte   1329

                      Dennis Bush   1732

966

Page 7 of 17

D-18294-05

and bagging up Crack Cocaine for street level sales. Additionally, the CI stated that Arthur was attired in a gray t-shirt and blue jeans was approximately 5'10, stocky build with a brown complexion.

After obtaining this information, Detective Roccaforte relayed the information to Detective Bush and formulated plans to execute the search warrant. The detectives decided to set up a pre-warrant surveillance to insure that the main target was still at the location and to maintain that surveillance until the search warrant was executed.

Shortly before 5:00 p.m., Detective Bush established a surveillance position which afforded him a clear and unobstructed view of the upper and lower portion of 3207 Jackson Ave. Detective Bush was able to see the downstairs door which led to the upstairs apartment and the upstairs windows to the apartment.

Within minutes, Detective Bush observed a black male, attired in a gray shirt, with a brown complexion and stocky build, look out of the first upstairs window from Jackson Ave. Detective Bush noted that this individual matched the clothing and physical description that was provided by the CI and relayed this information to Detective Roccaforte. As Detective Bush continued to monitor the target location, the same individual, later identified as Arthur Johnson, repeatedly looked out of the first window on the second floor.

At this point, the detectives felt confident that the main target was inside the target apartment and elected to execute the search warrant.

At approximately 5:15 p.m., the detectives made their way up the stairs and approached the target door. Upon reaching the top of the stairs, the detectives observed one door to the left (target door) and one door to the right. The detectives noted that neither door had numbers or letters to indicate if they were separate apartments. The detectives knocked and announced their presence and immediately heard scurrying and footsteps running about inside the apartment. Fearing for their safety as well as the possible destruction of evidence, the detectives utilized a battering ram and forced open the front door.

Upon entering, the detectives observed two black males, later identified as Arthur Johnson and Antonio Mcgee, running toward the rear of the apartment. As the detectives pursued Johnson and Mcgee, they observed three semi-automatic magazine clips lying about the floor in the second room of the apartment. The detectives

Andrew Roccaforte    1329

Dennis Bush    1732

966

E-18294-05

Page 8 of 17

cautiously pursued Johnson and Mcgee who fled into the right portion of the apartment through an open door. As the detectives reached the right rear door they could hear Johnson and Mcgee knocking over furniture and ransacking the right portion of the apartment.

Detectives Hartman, Thompson, Stovall and Burns entered the right portion of the apartment and observed Johnson and Mcgee trying to hide underneath some furniture. As the detectives apprehended Johnson and Mcgee, they observed a semi-automatic magazine clip lying on the floor. The detectives placed Johnson and Mcgee into double-locked handcuffs and searched the area where they were apprehended for weapons and narcotics. As Johnson and Mcgee were secured, Detective Roccaforte returned to the front left room and observed, on a built in counter top, several pieces of a white compressed substance lying on a napkin, a plastic bag with a torn piece of a brown paper bag that contained numerous white rocks, a clear plastic bag that contained two clear plastic bags that each contained a large amount of white powder, a glass jar that contained a white residue, a kitchen knife that contained a white residue, a tanita digital scale, $11.00 dollars in U.S. paper currency, $33.65 dollars in coins, a plastic bag that contained white capsules with an unknown powder, a BB pistol, a box of 9mm live rounds, a Samsung, Sprint cell phone and a receipt for Antonio Mcgee. All of this evidence was lying on the counter top in plain view and was seized. Detective Roccaforte examined the cell phone and noted that Johnson's name was on the display.

It was obvious to the detectives that Johnson (who was the main target of the investigation) and Mcgee were in the process of converting powder Cocaine into Crack Cocaine for street level sales. Detective Roccaforte advised Johnson and Mcgee that they were under arrest for possession with the intent to distribute Cocaine and possession of drug paraphernalia and advised them of their Miranda warnings. A search incidental to the arrest of Mcgee, Detective Bush recovered $172.00 dollars in U.S. currency from his right front pants pocket. The currency was seized as it was believed to be illegal profits from prior narcotics sales.

The detectives noted that the upstairs left portion of the target location did not have any furniture except for two mattress's in the second room, however, the right side portion had furniture but was in disarray. The detectives felt that the apartment was all one and joined by the common door which gave access to both sides.

After the investigation was complete, the detectives secured the apartment and transported Johnson and Mcgee to Central Lock-up where they were booked accordingly.

Andrew Roccaforte   1329

Dennis Bush   1732

# NEW ORLEANS POLICE DEPARTMENT – GIST SHEET

PAGE 9 of 17 | ITEM NUMBER E - 18294-05

I, ANDREW ROCCAFORTE , EMPLOYED BY THE NEW ORLEANS POLICE DEPARTMENT. AFTER BEING SWORN STATE:

I JOHNSON, ARTHUR  I ARRESTED SUBJECT | B |RACE | M |SEX 3-4-77 D.O.B.

RESIDING AT 423 OCEAN DR.  WAS ARRESTED AND CHARGED AS STATED ABOVE.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 10 DAY OF MAY 2005
AT NEW ORLEANS, LOUISIANA.

AFFIANT                                SUPERVISOR

A/S #2

NOPD Detectives EXECUTED A NARCOTICS
S/W AT 3207 Jackson Ave. Detectives recovered
APP. 140 grams Cocaine. A/S #1+2 were Both
Inside Apartment A/S #1 was Target of
Investigation. The Detectives ALSO RECOVERED DRUG PARAPHERNALIA
SCALE AND COOKING JAR

## JUVENILE CUSTODIAL RELEASE FORM

I, _____

NAME (PRINT) _____ ADDRESS (PRINT) _____ (DATE/TIME) _____ RELATIONSHIP _____

HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED.

RELEASED BY (PRINT) _____ SIGNATURE _____ CUSTODIAN _____

REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | CAR/UNIT #
ANDREW ROCCAFORTE | 1345 | | | 4773

E1829405                          PAGE 10 of 17                          E1829405

05/10/2005                        NEW ORLEANS
19:20:29                        POLICE DEPARTMENT
                          **Evidence and Property Receipt**

| Receipt Number:  200510256 | Officer:  1329  A. ROCCAFORTE |
|---|---|
| Class:1S  CEP Clerk: 007 K ROBINSON | Assignment: MAJ NARC |

| Item Number:  E1829405 | |
|---|---|
| Owner - Name: Address: City, State, Zip: Phone Number:  (  )  - | |
| Suspects:  MCGEE, ANTONIO JOHNSON, ARTHUR | |
| Charges:  40:967 Date of Arrest:  05/10/2005 | |
| Date Confiscated:  05/10/2005 Time Confiscated:  17:15 | |
| Address of Scene:  3207 JACKSON AVE | |
| Comments:  CONFIS FROM ACCUSED | |

| Barcode | Item Number | Item Code | Item Description | Serial Number |
|---|---|---|---|---|
| 498436 | 1 | CURE | CURRENCY EVIDENCE | |
| Description: $ 218.65 IN US CURRENCY & COINS | | | | |
| Catalog #:  5B | | | | |
| 498441 | 2 | NA-E | NARCOTICS EVIDENCE | |
| Description: 1- PAPER BAG CONT NUMEROUS WHITE ROCKS WT 20.11G | | | | |
| Catalog #:  DEP | | | | |
| 498442 | 3 | NA-E | NARCOTICS EVIDENCE | |
| Description: 1- PLAS BAG CONT A NAPKIN & SEVERAL PEICES OF WHITE ROCKS WT 32.50G | | | | |
| Catalog #:  DEP | | | | |
| 498440 | 4 | NA-E | NARCOTICS EVIDENCE | |
| Description: 1- PLAS BAG CONT 2- PLAS BAGS CONT WHITE POWDER WT 127.67G | | | | |
| Catalog #:  DEP | | | | |
| 498439 | 5 | NA-E | NARCOTICS EVIDENCE | |
| Description: 1- PLAS BAG CONT NUMEROUS WHITE CAPSULES WT 17.14G | | | | |
| Catalog #:  DEP | | | | |

E1829405     *PAGE 11 oF 17*     E1829405

**NEW ORLEANS**

05/10/2005
19:20:29

**POLICE DEPARTMENT**

**Evidence and Property Receipt**

| Receipt Number: | 200510256 | | Officer: | 1329   A. ROCCAFORTE |
|---|---|---|---|---|

| Class:1S    CEP Clerk: 007 K ROBINSON | Assignment: MAJ NARC |
|---|---|

| Item Number: | E1829405 |
|---|---|

Owner - Name:
  Address:
  City, State, Zip:
  Phone Number:    (   )   -

Suspects:     MCGEE, ANTONIO
          JOHNSON, ARTHUR

Charges:         40:967
Date of Arrest:   05/10/2005

Date Confiscated:   05/10/2005
Time Confiscated:   17:15

Address of Scene:   3207 JACKSON AVE

Comments:      CONFIS FROM ACCUSED

| Barcode | Item Number | Item Code | Item Description | Serial Number |
|---|---|---|---|---|
| 498474 | 6 | NA-E | NARCOTICS EVIDENCE | |
| Description: 1- JAR CONT WHITE RESIDUE WT 253.02G | | | | |
| Catalog #:   DEP | | | | |
| 498473 | 7 | NA-E | NARCOTICS EVIDENCE | |
| Description: 1- KNIFE CONT WHITE RESIDUE WT 45.04G | | | | |
| Catalog #:   DEP | | | | |
| 498485 | 8 | E | EVIDENCE | |
| Description: 1- BB PISTOL | | | | |
| Catalog #:   GUN | | | | |
| 498437 | 9 | E | EVIDENCE | |
| Description: 1- SAMSUNG SPRINT CELL PHONE FOR ARTHUR JOHNSON | | | | |
| Catalog #:   22G2 | | | | |
| 498438 | 10 | E | EVIDENCE | |
| Description: 1- LA COMMERCIAL DRIVERS LICENSE FOR ANTONIO MCGEE | | | | |
| Catalog #:   22G2 | | | | |

**E1829405**

PAGE 12 of 17

**NEW ORLEANS**

**E1829405**

05/10/2005
19:20:29

**POLICE DEPARTMENT**

**Evidence and Property Receipt**

| Receipt Number: 200510256 | Officer: 1329 A. ROCCAFORTE |
|---|---|
| Class:1S  CEP Clerk: 007 K ROBINSON | Assignment: MAJ NARC |

| Item Number:  E1829405 | |
|---|---|
| Owner - Name:<br>  Address:<br>  City, State, Zip:<br>  Phone Number:  (   )   - | |
| Suspects:  MCGEE, ANTONIO<br>  JOHNSON, ARTHUR | |
| Charges:  40:967<br>Date of Arrest:  05/10/2005 | |
| Date Confiscated:  05/10/2005<br>Time Confiscated:  17:15 | |
| Address of Scene:  3207 JACKSON AVE | |

Comments:  **CONFIS FROM ACCUSED**

| Barcode | Item Number | Item Code | Item Description | Serial Number |
|---|---|---|---|---|
| 498475 | 11 | E | EVIDENCE | |
| Description: 1- RECEIPT FOR ANTONIO MC GEE<br><br>Catalog #:  22G2 | | | | |
| 498476 | 12 | E | EVIDENCE | |
| Description: 1- TANITA DIGITAL SCALE<br><br>Catalog #:  22G2 | | | | |
| 498478 | 13 | E | EVIDENCE | |
| Description: 1- BOX OF LIVE .9mm CAL ROUNDS<br><br>Catalog #:  22G2 | | | | |
| 498477 | 14 | E | EVIDENCE | |
| Description: 4- MAGAZINES<br><br>Catalog #:  22G2 | | | | |
| 498479 | 15 | E | EVIDENCE | |
| Description: NUMEROUS LIVE ROUNDS<br><br>Catalog #:  22G2 | | | | |

PAGE 13 oF 17

E - 18294-05

## New Orleans

### CASH COUNT FORM

VOUCHER: 200510256

ITEM:    1

CURRENCY/COINS COUNTED BY OFFICERS:

NAME (PRINTED): A. ROCCAFORTE

NAME (SIGNATURE):

DATE: 05/10/2005

TIME: 19:05:53

CODE: 1329

NAME (PRINTED):

NAME (SIGNATURE):

CODE: 0000

| CURRENCY | | | COINS | | |
|---|---|---|---|---|---|
| NUMBER | DENOMINATIONS | AMOUNT | NUMBER | DENOMINATIONS | AMOUNT |
| 1 | 100.00 | $100.00 | 0 | 1.00 | $0.00 |
| 0 | 50.00 | $0.00 | 0 | .50 | $0.00 |
| 1 | 20.00 | $20.00 | 95 | .25 | $23.75 |
| 0 | 10.00 | $0.00 | 99 | .10 | $9.90 |
| 7 | 5.00 | $35.00 | 0 | .05 | $0.00 |
| 0 | 2.00 | $0.00 | 0 | .01 | $0.00 |
| 28 | 1.00 | $28.00 | | | |
| TOTAL CURRENCY | | $183.00 | TOTAL COINS | | $33.65 |

TOTAL CASH        $216.65

* DO NOT DISCARD - THIS FORM MUST REMAIN IN EVIDENCE ENVELOPE *

* AT LEAST TWO (2) OFFICERS MUST COUNT ALL CURRENCY AND COINS
  BROUGHT INTO THE POLICE PROPERTY AND EVIDENCE DIVISION AND SIGN
  THIS FORM.

PAGE 14 of 17

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

Case No.: _____                Item No.: E-18294-05

S E A R C H   W A R R A N T

ORDER   OF   SEARCH

TO:     THE SUPERINTENDENT OF THE NEW ORLEANS DEPARTMENT OF POLICE
        and/or HIS DESIGNATED REPRESENTATIVES.

_____ AFFIDAVIT(S) HAVING BEEN MADE BEFORE ME BY _____
        Detective Andrew Roccaforte

        THAT he has good reason to believe that on or in the
(premises) (XXXXXX) (XXXXXXX) located at 3207 Jackson Ave., and
curtilage

within the Parish of Orleans, State of Louisiana, as more fully
described in the application for this warrant, there is now being
concealed certain property, namely,    All contraband, controlled
dangerous substances, more particularly crack Cocaine, along with any
concomitant physical evidence, either substantive or trace, associated
with its use, possession, packaging, and/or distribution, along with
any firearms used in protection of such contraband.

        WHICH said property constitutes evidence of the commission
of a crime or offense against the laws of the State of Louisiana set
forth in the Louisiana Revised Statutes, and as I am satisfied from the
affidavit(s) submitted in support of the application for this warrant
that there is probable cause to believe that the aforesaid grounds for
the issuance search warrant exist;

        YOU ARE HEREBY ORDERED to search forthwith the aforesaid
(premises) (XXXXXX) (XXXXXXX) for the property specified, serving this
search warrant and making the search, and if the property be found
there, to seize it, leaving a copy of this warrant and a receipt for
the property seized, to make your written return on this warrant
including a written inventory of the property seized, and to bring the
said seized property into the court (before the judge, the clerk, the
sheriff, or any court officer who usually acts as the custodian) within
ten days of this date as required by law.

        YOU ARE (ARE-NOT) AUTHORIZED to execute this warrant and to
make this search during the daytime or the nighttime and if the
property herein described be found on the (premises) (XXXXXX) (XXXXXXX)
herein described to seize said property in accordance with law.

        YOU ARE (ARE-NOT) AUTHORIZED to execute this warrant and
make this search on a Sunday and if the property herein described be
found on the (premises) (XXXXXX) (XXXXXXX) herein described to seize
said property in accordance with law.

THIS WARRANT MADE IN DUPLICATE ORIGINAL, NEW ORLEANS, LOUISIANA,
THIS 10TH DAY OF MAY, 2005

COPIES:                                   _____
    Original: Unit File                   JUDGE, SECTION
    1st Copy: Issuing Magistrate          CRIMINAL  DISTRICT  COURT
    2nd Copy: Person Being Served
    3rd Copy: District Attorney
    4th Copy: Issuing Magistrate
              Upon making Return

NOPD Form 117-A (rev. 7/73)

PAGE 13 of 11

Item No.: E-18294-05

CRIMINAL DISTRICT COURT
PARISH OF ORLEANS
APPLICATION FOR SEARCH WARRANT

BEFORE ME, the undersigned Judge of the Criminal District Court, Parish of Orleans, State of Louisiana, personally came and appeared:  Detective Andrew Roccaforte
employed by the New Orleans Department of Police, 715 South Broad Street, New Orleans, Louisiana,

WHO, after being duly sworn by me, deposed and said:

THAT a search warrant should be issued for the search of the following described (premises) (xxxxxx) (xxxxxxx)  3207 Jackson Ave. and curtilage. Red brick bottom, blue siding two story apartment. The target door is on the second floor, and is the first door to the left after you enter the first floor white wooden door and reach the top of the stairs.

Municipal Number: 3207 Jackson Ave.

Type of Occupancy: Apartment complex

Structure: Brick/siding

Number of Stories: Two

Apartment Number: Unknown

FOR the purpose of seizing the following described property:
All contraband controlled dangerous substances, more particularly crack cocaine, along with any concomitant physical evidence, either substantive or trace, associated with its use, possession, packaging and/or distribution, along with any firearms used in protection of such contraband.

THE reasons and facts for the request of this search warrant are:
See continuation sheets...

PAGE 16 of 17

E-18294-05

**APPLICATION FOR ORDER OF SEARCH FOR 3207 JACKSON AVE., SECOND FLOOR 1ST DOOR ON THE LEFT NEW ORLEANS, LOUISIANA**

**The facts and circumstances supportive of this request are as documented below:**

Within 24 hours inclusive of Monday, May 9, 2005, Narcotics and Drug Abuse Detective Andrew Roccaforte met with a reliable and confidential informant who has proven reliable in the past. This informant had provided information in the past which led to the arrests and convictions of numerous individuals. Upon meeting with the detective, the informant provided information relative to the illegal trafficking of Crack Cocaine within the Parish of Orleans. On this occasion, the CI stated that a black male, about 25-30 years old, known as "Arthur" was utilizing 3207 Jackson Ave., the upstairs first apartment door on the left as a retail outlet for selling Crack Cocaine. According to the CI, Arthur did not reside at the apartment but was allowed by the occupant, a black male, about 24-25 years old, known as Darnell, to store and sell Crack Cocaine from the apartment. The CI also stated that Arthur and Darnell protected their drug trade by storing an assault rifle and a semi-automatic pistol inside the apartment.

The factual basis for this knowledge was said to be from purchasing retail quantities of Crack Cocaine for self-indulgence from the aforementioned location, within 24 hours of speaking with the detective.

The CI stated that she/he wished to demonstrate the veracity of this information by making a controlled purchase from the aforementioned location. On the same date, in the afternoon hours, the CI was searched and relieved of all personal properties, to insure the integrity of the purchase. The CI was then allotted NOPD expense funds, with which to make the purchase. Detective Dennis Bush assisted Detective Roccaforte by establishing a surveillance position which afforded him an unobstructed view of the apartment complex at 3207 Jackson Ave. Detective Roccaforte relocated the CI into the area in question, where the CI was let out of the undercover vehicle. Detective Bush observed the CI approach the first, ground level door to the right side of the complex. The door was a white wooden door and was partially ajar. The CI entered this door and entered the stairwell out of Detective Bush's view. Within seconds, the CI emerged from the downstairs door and proceeded back to meet Detective Roccaforte at a pre-determined location.

Upon meeting with the detective, the CI relinquished three pieces of a white compressed substance consistent with Crack Cocaine. The CI also stated that Arthur was the individual who conducted the drug sale. Detective Roccaforte proceeded back to The NOPD Narcotics Office where a preliminary field test yielded a positive response for the presence of Cocaine. Detective Roccaforte then proceeded to The NOPD Central Evidence and Property Division where the evidence was placed on the evidence books, documented under voucher number 200510133.

Predicated on the information provided by the CI and corroborated by the controlled purchase from 3207 Jackson Ave., the second floor, first door to the left, it is the belief of the detective that Crack Cocaine is being secreted within that location. Therefore, it is respectfully requested that an Order of Search be made issue for that address.

SWORN TO AND SUBSCRIBED BEFORE ME THIS
10TH DAY OF MAY, 2005
NEW ORLEANS, LOUISIANA

MAGISTRATE COMMISSIONER _____

                                          Affiant _____

PAGE 17 of 17

Item No: E-18294-05

### RETURN ON SEARCH WARRANT

At 5:15 p.m., on May 10, 2005, I, the undersigned member of the New Orleans Department of Police, executed the foregoing SEARCH WARRANT as follows: I searched the PREMESIS at 3207 Jackson Ave., as described in the said SEARCH WARRANT, and I left a copy of the said SEARCH WARRANT ON THE PREMESIS together with a receipt for the items seized.

The following is an inventory of property seized pursuant to the said foregoing SEARCH WARRANT:

1. $44.65 dollars in U.S. currency
2. One paper bag containing numerous white rocks.
3. One plastic bag containing a napkin and several pieces of white rocks.
4. One plastic bag containing two plastic bags each containing a white powder.
5. One plastic bag containing numerous white pills.
6. One jar containing white residue.
7. One kitchen knife containing a white residue.
8. One BB pistol.
9. One Samsung Sprint cell phone for Arthur Johnson.
10. One receipt for Antonio Mcgee.
11. One Tanita digital scale.
12. One box of live 9mm rounds.
13. Four magazines.
14. Numerous live rounds.

**Names of Persons Arrested:**

Arthur Johnson b/m, 03-04-77, 423 Ocean Dr., Gretna
Antonio Mcgee b/m, 09-10-73, 22 Ashton Cox Dr.

**Names of Persons Wanted:** N/A

This inventory was made in the presence of:  Sgt. Joey Williams

THIS RETURN MADE IN DUPLICATE ORIGINAL THIS 10TH DAY OF

MAY 2005,  NEW ORLEANS, LOUISIANA................

DETECTIVE   ANDREW   ROCCAFORTE   1329
NEW ORLEANS DEPARTMENT OF POLICE

**COPIES:**
   Original - Unit file
   1st copy - Judge signing Warrant
       copy - Person upon whom warrant is served
       copy - District Attorney
       copy - Police Record Room

# NEW ORLEANS
## POLICE DEPARTMENT
### Evidence and Property Receipt

**E1644005**

| | |
|---|---|
| Receipt Number:  200510133 | Officer:  1329  A. ROCCAFORTE |
| Class:  CEP Clerk: 007 K ROBINSON | Assignment: NARC |

Item Number:  E1644005

Owner - Name:
 Address:
 City, State, Zip:
 Phone Number:  (  )  -

Suspects:  KNOWN,

Charges:
Date of Arrest:  /  /

Date Confiscated:  05/09/2005
Time Confiscated:

Address of Scene:  KNOWN

Comments:  KNOWN

| Barcode | Item Number | Item Code | Item Description | Serial Number |
|---|---|---|---|---|
| 498281 | 1 | NA-E | NARCOTICS EVIDENCE | |

Description: 3- PIECES OF A WHITE COMPRESSED SUB WT .76G

Catalog #:  DEP

# NEW ORLEANS POLICE DEPARTMENT
## SCIENTIFIC CRIMINAL INVESTIGATIONS DIVISION
### 2932 TULANE AVENUE
### NEW ORLEANS, LOUISIANA 70119

## REPORT OF THE CRIME LABORATORY
May 11, 2005

**Item No.:** E-18294-05    C1

**To:** Narcotics                    **Case Officer:** Roccaforte            **Page 1 of 2**

**Evidence retrieved from CE&P by:** Nhon Hoang          **Date/Time:** 5/11/05    5:00 A.M.
**Evidence received in lab by:** Harry O'Neal            **Date/Time:** 5/11/05    8:00 A.M.

**Type of investigation:**  Controlled Dangerous Substance
**Examination requested:** Chemical
**Date(s) Examined:** 5/11/05    **to :** 5/11/05

**Accused:** Arthur Johnson
**Accused:** Antonio McGee

## ONE SEALED PLASTIC EVIDENCE ENVELOPE CONTAINING:

1. One sealed plastic envelope labeled 1 of 6 containing:
    A. One piece of brown paper containing:
        a. Pieces of hard material weighing 15.7 grams.........
            POSITIVE for COCAINE.

2. One sealed plastic envelope labeled 2 of 6 containing:
    A. One clear plastic bag containing:
        a. One napkin containing:
            i. Loose hard material weighing 37 grams.........
                POSITIVE for COCAINE.
            ii. Four (4) clear plastic bags with hard material.......
                POSITIVE for COCAINE.
            iii. One razor blade.......No Analysis
NOTE: Specimens 2Aaii and 2Aaiii are NOT listed on evidence label.

3. One sealed plastic envelope labeled 3 of 6 containing:
    A. One clear plastic bag containing:
        a. Two (2) clear plastic bags containing a combined total of 124.6 grams
            of white material........POSITIVE for COCAINE.

Item No.: E-18294-05  C1                May 11, 2005              Page 2 of  2

4. One sealed plastic envelope labeled 4 of 6 containing:
   A. One clear plastic bag containing:
      a. Twenty-one (21) capsules with powder.........
        NEGATIVE for violation drugs.


5. One sealed plastic envelope labeled 5 of 6 containing:
   A. One jar with residue.......POSITIVE for COCAINE.


6. One sealed plastic envelope labeled 6 of 6 containing:
   A. One knife with residue......POSITIVE for COCAINE.


NOTE:        The TOTAL weight of COCAINE in this case is GREATER
        than 28 grams but LESS than 200 grams.



                                Harry O'Neal
                                Narcotics Analyst

CERTIFIED BY:

Captain Rose Duryea
Commander - S.C.I.D

MAQ 455-318
CDC 458 636 G
DOE 388213
Winn Correct. Ctr

DEC-7-05

2005 DEC 16 P 2:44

U.S PROBATION OFFICE
DEAR Mr. PSTRAM NEW ORLEANS, LOUISIANA

I'am writting to you
concerning my probation, I'am sitting
away on some B.S. charges. I would
like to know if i'am getting credit since
I have a federal hold on me, because
that's the reason why i'am not tring to
make bond. They acting like I killed
someone or something, I was getting
high on cocaine. I had to spend 28 days
in Fairview treatment center, I stayed
about 5 days and left, that shows you
that I had a real drug problem.
I got arrested twice and both times
the people told them that the drugs
were theirs, they choose to arrest
me and charge me with it because
of my past and criminal hostory.
I think that New Orleans Police are
the wrost cops their are, due to
the hurricane I have to sit in
jail much longer. What will be
the state excuse, when it comes time

GOVERNMENT
EXHIBIT
C

to take me to Court. The whole
world knows that the evidence Room
was destroyed, you know that what
ever Cocaine they are surpose to have
couldn't handle all of that water and
on top of that heat. The power was
off for days, that means Cocaine will
get damp in the heat and evaperate.
I have a family out there, they are
lot's of good jobs out there. I need
to be helping my family, FEMA anit
going to take Care of them for ever.
I was stuck in OPP for 3 days no
food or anything, I thought its a
hurricane big deal. Once I step a
foot out that jail and saw that water,
I knew that it was Serious. I have
Never thought in my life something
like that Could happen, the first thing
I thought about was my family.
I heard from my Mom and Sister but
I don't know where my 2 Sons are at,
this is not the life that I want to
live. I'am not asking you to feel
Sorry for me, I just want you to let
me know will I get Credit for when

I first got ARRESTED. Since the State
Court is down for Awhile, Could you
At least come get ME take ME to
Court And Violate ME. I will tell
the Judge Myself how Much you tried
to help ME, I thank you for that.
I'am guilty of using drugs i'am not
Saying I wasn't, I just want to get
it behind ME the judge Can give ME
the whole 3 years. If you don't do
Nothing just At least take out time
to Respond to My letter, I hope that
you Can get ME iN Court And Violated
so I Can do My time then bond out
AND go home to My family. I must
have been doing Something Right, My
job Paid for My lawyer And been by
My side Since My ARREST. I hope that
you Can help ME with My PRObleM,
I hope to RECEIVE A letter from you
Soon.

Arthur Johnson
#27060-034