UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 10 PM 1: 13
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-156 |
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |
| | * * * | |

## ORDER

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that the defendant ARTHUR JOHNSON show cause

before the Court at 9:30 a.m., on the 15th day of March, 2006, why supervised release granted to him

on March 28, 2001 should not be revoked.

New Orleans, Louisiana, this 10ᵗʰ day of March, 2006.

UNITED STATES DISTRICT JUDGE

3

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No._____