*Returned Unexecuted*
*Subject is in USMS custody.*
*Kelly Lasher*
*3-9-06*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -9 P 3:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA

VS.

ARTHUR JOHNSON

No. 00-156 "N"

27060

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:  Sheriff, Winn Correctional Center

GREETING: --

    You are hereby ordered and directed to surrender the body of **Arthur Johnson** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **15th** day of **March, 2006** at **9:30 AM**, at New Orleans, Louisiana, before **Judge Kurt D. Engelhardt**, for probation revocation hearing, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Winn Correctional Center** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

    Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 8 day of March, 2006

LORETTA G. WHYTE, CLERK

BY: _____
      Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

RECEIVED
U.S. MARSHAL
EASTERN DISTRICT OF LA
2006 FEB 30 PM 3:23



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA            No. 00-156 "N"

VS.

ARTHUR JOHNSON

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:     Sheriff, Winn Correctional Center

GREETING: --

     You are hereby ordered and directed to surrender the body of **Arthur Johnson** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **15th** day of **March, 2006** at **9:30 AM**, at New Orleans, Louisiana, before **Judge Kurt D. Engelhardt**, for probation revocation hearing, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Winn Correctional Center** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

                   Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 8 day of March, 2006
                   LORETTA G. WHYTE, CLERK


                   BY: _____
                            Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA                    No. 00-156 "N"

VS.

ARTHUR JOHNSON

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Sheriff, Winn Correctional Center

GREETING: --

You are hereby ordered and directed to surrender the body of **Arthur Johnson** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **15th** day of **March, 2006** at **9:30 AM**, at New Orleans, Louisiana, before **Judge Kurt D. Engelhardt**, for probation revocation hearing, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Winn Correctional Center** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

> Witness the Honorable Judges of the United States District Court
> for the Eastern District of Louisiana at the City of New Orleans,
> LA, this 8 day of March, 2006
> LORETTA G. WHYTE, CLERK
>
> BY: _____
>        Deputy Clerk

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2006 MAR -7 PM 2: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-156 |
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |

\* \* \*

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE LOUIS MOORE, JR., UNITED STATES DISTRICT JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Maurice Landrieu, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **ARTHUR JOHNSON B/M, DOB: 03/04/77, SSN: 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,** is now confined in Wynn Correctional Center, Winnfield, LA and is in the custody of the Sheriff of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **ARTHUR JOHNSON** is charged in the United States District Court for the Eastern District of Louisiana with violation of Title 18, U.S.C. §§ 922(g)(1) and 924(a)(2) and that it is necessary for the said **ARTHUR JOHNSON** to appear for probation

revocation for probation violation in the United States District Court for the Eastern District of Louisiana on or before the 15th day of March, 2006 at 9:30 a.m. before U.S. District Judge Kurt D. Englehardt, United States District Court, New Orleans, LA after which he is to be returned to the custody of the Sheriff of Wynn Correctional Center, Winnfield, LA.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Sheriff of Wynn Correctional Center, Winnfield, LA requiring him to surrender the body of the said **ARTHUR JOHNSON** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal in the United States District Court for the Eastern District of Louisiana on or before the **15th** day of **March, 2006**, at 9:30 a.m. before U.S. District Judge Kurt D. Englehardt, United States District Court, New Orleans, LA, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or by any other United States Marshal, or one of his authorized deputies, to Wynn Correctional Center, Winnfield, LA and there be surrendered to the Sheriff of said institution, or one of his authorized deputies.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
MAURICE LANDRIEU
Assistant United States Attorney
Louisiana Bar Roll No. 22104
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone (504) 680-3015

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-156 |
|---|---|---|
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |

\* \* \*

**ORDER**

Let a writ of habeas corpus ad prosequendum be issued to the Sheriff of Wynn Correctional Center, Winnfield, LA or one of his authorized deputies, ordering and directing said Sheriff of the said institution, or one of his authorized deputies, to surrender the body of **ARTHUR JOHNSON** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the said United States Marshals for the Eastern District of Louisiana on or before the **15th** day of **March, 2006,** at **9:30** a.m., before U.S. District Judge Kurt D. Englehardt, United States District Court to appear for probation revocation and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or one of his authorized deputies, to Wynn Correctional Center, Winnfield, LA and there be surrendered to the Sheriff of said institution, or one of his authorized deputies.

New Orleans, Louisiana, this 7th day of March, 2006.

UNITED STATES MAGISTRATE JUDGE

CLERK'S OFFICE
A TRUE COPY
MAR - 8 2006
Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.