

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 00-156 |
| v. | * | SECTION: "N" |
| ARTHUR JOHNSON | * | |

\* \* \*

### STIPULATION AS TO THE RULE TO REVOKE SUPERVISED RELEASE

The government and the defendant, Arthur Johnson, agree and stipulate that the following facts are true and need not be proven at the Rule to Revoke his supervise release:

1) On September 3, 2004 Johnson failed to report for an individual drug counseling session at the Methodist Counseling Center.

2) On October 15, 2004, Johnson failed to report for an unscheduled urinalysis at the Methodist Counseling Center.

3) On October 21, 2004, Johnson submitted urinalysis to personnel at the Methodist Counseling Center which tested positive for cocaine.

4) On October 25, 2004, Johnson submitted urinalysis to personnel at the Methodist Counseling Center which tested positive for cocaine.

5) On March 17, 2005, Johnson submitted urinalysis to personnel at the Methodist Counseling Center which tested positive for cocaine.

6) On March 23, 2005, Johnson was arrested by NOPD and charged with criminal trespass. He did not notify his probation officer of this arrest, as required, within 72 hours.

7) On March 25, 2005, Johnson was arrested by NOPD and charged with possession with the intent to distribute cocaine and heroin. Again, he did not notify his probation officer of this arrest, as required, within 72 hours.

8) On March 29, 2005, United States Probation Officer Michael Fulham spoke to Johnson. At no time during this conversation did Johnson advise Fulham of his recent arrest.

9) On March 31, 2005, United States Probation Officer Michael Fulham spoke to Johnson. Again, at no time during this conversation did Johnson advise Fulham of his recent arrest.

10) On April 19, 2005, Johnson left inpatient treatment at the Fairview Recovery Center without permission.

11) On May 10, 2005, Johnson was arrested again by NOPD and charged with possession with the intent to distribute cocaine. Again he did not notify his probation officer of this arrest, as required, within 72 hours.

Based on these facts, the government and the defendant, Arthur Johnson, further agree that Johnson is in violation of his federal supervised release and that a sentence of **18 months** in the custody of the United States Bureau of Prisons is appropriate.

_____
Maurice E. Landrieu, Jr
Assistant United States Attorney

_____
Robert Barnard
Attorney for Arthur Johnson

_____
Arthur Johnson
Defendant