MINUTE ENTRY
ENGELHARDT, J.
MARCH 15, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-156 |
| ARTHUR JOHNSON | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, MARCH 15, 2006 AT 9:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper

APPEARANCES: Tracey Knight, AUSA
             Robert Barnard, FPD
             Michael Fulham, USP

**RULE TO REVOKE SUPERVISED RELEASE:**

**Defendant present.**
**Stipulation entered as to the allegations in the Rule to Revoke Supervise Release.**
**Court finds defendant has violated the terms of supervised release.**
**See Judgment Revoking Supervised Release in the record.**
**Defendant remanded.**

JS-10: 0:10

___ Fee_____
___ Process.____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___