

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NUMBER 00-156

ARTHUR JOHNSON                               SECTION "N"

### JUDGMENT REVOKING SUPERVISED RELEASE

THE DEFENDANT, ARTHUR JOHNSON, CAME AND APPEARED BEFORE THIS COURT WITH COUNSEL ON MARCH 15, 2006, FOR A HEARING ON THE GOVERNMENT'S RULE TO REVOKE SUPERVISED RELEASE. THE DEFENDANT WAS SENTENCED ON MARCH 28, 2001, TO FIFTY-SEVEN MONTHS IMPRISONMENT, FOLLOWED BY A THREE-YEAR TERM OF SUPERVISED RELEASE UPON HIS RELEASE FROM CONFINEMENT. FOR THE DURATION OF HIS SUPERVISED RELEASE, THE DEFENDANT WAS ORDERED TO COMPLY WITH THE MANDATORY AND STANDARD GENERAL CONDITIONS THAT HAVE BEEN ADOPTED BY THIS COURT, AND PROHIBITED FROM POSSESSING A FIREARM. IN ADDITION, THE FOLLOWING SPECIAL CONDITIONS WERE IMPOSED: (1) PARTICIPATION IN AN ORIENTATION AND LIFE SKILLS PROGRAM; (2) PARTICIPATION IN A SUBSTANCE ABUSE TESTING AND/OR TREATMENT PROGRAM AS DIRECTED BY THE PROBATION OFFICER; (3) THAT THE DEFENDANT PROVIDE THE PROBATION OFFICER WITH ACCESS TO ANY REQUESTED FINANCIAL INFORMATION; AND (4) THAT THE DEFENDANT OBTAIN A GRADUATION

EQUIVALENCY DIPLOMA (GED). MR. JOHNSON'S TERM OF SUPERVISED RELEASE COMMENCED ON JULY 15, 2004.

BASED ON STIPULATIONS BY THE DEFENDANT AND THE GOVERNMENT, WHICH WERE ENTERED INTO THE RECORD IN OPEN COURT ON MARCH 15, 2006, THE COURT FINDS THAT MR. JOHNSON HAS VIOLATED THE TERMS AND CONDITIONS OF HIS TERM OF SUPERVISED RELEASE BY: (1) FAILING TO REPORT FOR AN INDIVIDUAL DRUG COUNSELING SESSION AT THE METHODIST COUNSELING CENTER ON SEPTEMBER 3, 2004; (2) FAILING TO REPORT FOR AN UNSCHEDULED URINALYSIS AT THE METHODIST COUNSELING CENTER ON OCTOBER 15, 2004; (3) TESTING POSITIVE FOR COCAINE ON OCTOBER 21 AND 25, 2004, AND MARCH 17, 2005; (4) FAILING TO NOTIFY THE UNITED STATES PROBATION OFFICER OF HIS MARCH 23, 2005 ARREST BY THE NEW ORLEANS POLICE DEPARTMENT ("NOPD") FOR CRIMINAL TRESPASS WITHIN 72 HOURS OF THE ARREST: (5) FAILING TO NOTIFY THE PROBATION OFFICER OF HIS MARCH 25, 2005 ARREST BY THE NOPD FOR POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE AND HEROIN WITHIN 72 HOURS OF THE ARREST; (6) MR. JOHNSON FURTHER FAILED TO MENTION EITHER OF THE MARCH 2005 ARRESTS TO PROBATION OFFICER MICHAEL FULHAM WHEN THE TWO SPOKE ON MARCH 29 AND 31, 2005; (7) LEAVING INPATIENT TREATMENT AT THE FAIRVIEW RECOVERY CENTER WITHOUT PERMISSION ON APRIL 19, 2005; AND (8) FAILING TO NOTIFY THE PROBATION OFFICER OF HIS MAY 10, 2005 ARREST BY THE NOPD FOR POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE WITHIN 72 HOURS OF THE ARREST.

THE WRITTEN STIPULATIONS FURTHER REFLECT THAT THE GOVERNMENT AND MR. JOHNSON HAVE AGREED THAT REVOCATION OF MR. JOHNSON'S SUPERVISED RELEASE IS APPROPRIATE AND THAT HE SHOULD SERVE A TERM OF IMPRISONMENT OF 18 MONTHS IN THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS. GIVEN MR. JOHNSON'S AND THE GOVERNMENT'S STIPULATIONS, AND PARTICULARLY MR. JOHNSON'S FAILURE TO CEASE ALL INVOLVEMENT WITH ILLEGAL DRUGS AND TO COOPERATE WITH APPROPRIATE DRUG TESTING AND TREATMENT, THE COURT FINDS THAT REVOCATION OF SUPERVISED RELEASE IS APPROPRIATE AND ORDERS THAT MR. JOHNSON BE COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS FOR A PERIOD OF EIGHTEEN MONTHS. UPON RELEASE FROM IMPRISONMENT, IT IS ORDERED THAT MR. JOHNSON SHALL NOT BE PLACED ON SUPERVISED RELEASE .

THE COURT RECOMMENDS TO THE BUREAU OF PRISONS THAT, IF POSSIBLE, MR. JOHSON BE ASSIGNED TO A FACILITY WHERE HE CAN RECEIVE TREATMENT FOR DRUG ABUSE AND, OF SECONDARY IMPORTANCE, PARTICIPATE IN EDUCATIONAL AND/OR VOCATIONAL PROGRAMS.

**IT IS FURTHER ORDERED** THAT ARTHUR JOHNSON IS REMANDED TO THE CUSTODY OF THE UNITED STATES MARSHAL.

NEW ORLEANS, LOUISIANA, THIS 16th DAY OF MARCH 2006.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE