00-156 N/3

Arthur Jonhson Case No. 053L 2:00cr00156-001A
FBI No. 27060-034
HOD 4th Floor
3000 perdido St
N.O L.A 70119

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED MAY 2 6 2006
LORETTA G. WHYTE
Clerk

Clerk of Court
Eastern dist court
500 Camp St
N.O L.A 70130

To whom it may concern.
I am writing in relation of obtaining a copy of my minute entry. i were on federal probation in which i violated myself. i were arrested on may 10, 2005 for this violation and that it is very important for me to obtain these documents inorder to verified my sentence. So if you could, would you please send me a copy of my minute entry

Thanking you in advance

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____

ARTHUR JOHNSON #2008258
3000 Perdido St.
New Orleans, LA 70119
H.O.D. 4th Floor Northside cell #2

NEW ORLEANS, LA 701
25 MAY 2006 PM 4 L

Clerk of Court
Eastern District of Louisiana
500 Camp St.
New Orleans, LA, 70130

70130+3310