FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -2 PM 4: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO. 00-156 |
| ARTHUR JOHNSON | SECTION "N" |

### ORDER

The Court received the attached letter from Mr. Johnson on June 1, 2006. To determine what action, if any, should be taken by the Court in response to the letter, **IT IS ORDERED** that the Clerk of Court shall transmit this Order and a copy of Mr. Johnson's letter to United States Probation Officer Michael Fulham, Attorney Robert Barnard, Assistant United States Attorney Maurice Landrieu, and the Federal Bureau of Prisons. These persons/entities are to advise the Court, within ten (10) days of the filing date of this Order, regarding the matters raised in Mr. Johnson's letter.

New Orleans, Louisiana, this 2nd day of June 2006.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.