00cr156

Arthur Johnson #27060-034

RECEIVED
JUN - 1 2006
CHAMBERS OF
U.S. DISTRICT JUDGE
KURT D. ENGELHARDT

Honorable Kurt D. Englehardt.

I'm writting to you in concern about my sentence, I was sentence to 18 months time credit serve. I was in Templeman 5 on the Federal tier, Now I have been moved to H.O.D which is a State part of jail. When I was sentence you said that I was to be remained to the Custody of the United State Marshal's, I talked to my attorney Gary Wainwright and he said that i'm not surpose to be in State Custody at this moment. I would like a copy of my sentencing transcript, plus I would like to know how much time do I have left on my 18 months sentence and do I get my 54 days good time. I've been in jail sence May 10, 2005, the jail i am in holds 10 people in each cell but they put 16 in each cell, the other 6 sleeps on the floor, we have no hot water at all. I live in a cell that's about a 15' by 9' we can't walk at all, they have mattress

all in front of the toilet. You can't even move without stepping over about 4 people heads, they have No A.C only a broken fan that blows hot Air. When we shower they anit got any hot water at all, i've been over here since April and it's a shame, this place is so nasty dirt is so built up on the floor. I don't know how it can pass an inspection, I know that this is a fire hazor. I have called my sister and she have called Channel 6 News plus the local News paper. I would like to know what step do I take after this, I would like for you to check into my situation.

Thank you

Arthur Johnson



Arthur Johnson #2008258
3000 Perdido St.
New Orleans, LA 70119
H.O.D. Northside 4th floor Cell #2

NEW ORLEANS LA 701
31 MAY 2006 PM 5 T

Honorable Kurt D. Englehardt
Section "N"
500 Camp St.
New Orleans, LA 70130

70130432310