CASE # 00-156
N

Arthur Johnson # 2008258
F.B.I # 27060-034
3000 Perdido St.
New Orleans, LA. 70119
H.O.D 4th Floor North Side

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED JUN 0 8 2006
LORETTA G. WHYTE
Clerk

I'am writting in concern of my sentence, I was sentence to 18 months on March 15, 2006. I was arrested on May 10, 2005, a warrant was issue for my arrest on April 21, 2005. In Court during Sentencing the Judge and my lawyer said that I get time credit serve, so I would like to know do I get the 54 days good time and when is my release date. In my minute entry the Judge order me to remain in the custody of the United State Marshal's office, I would like to know why am I in State Prison. If you can't answer that just please tell me when my release date is and which date did my jail credit start from.

Thank you

Fee
Process
X Dktd
X CtRmDep
Doc. No.

Arthur Johnson #2008258
3000 Perdido St.
New Orleans, LA. 70119
H.O.D. 4th Floor Northside Cell #2



NEW ORLEANS LA 701
07 JUN 2006 PM 1 L

Clerk of Court SEC N
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA. 70130

70130+3310 C024