FBI # 388213

CASE # 00-156
SEC - N

Arthur Johnson # 388213
South Louisiana Correctional Center
3843 Stagg Ave.
Basile, LA. 70515
Dorm Wolf 1

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JUN 1 5 2006
LORETTA G. WHYTE
Clerk

I'm writing in concern of my sentencing transcript or either I would like to know when is my release date, I wrote before but I got transfar out of Orleans Parish Prison. So could y/all please send me my transcript or either let me know my release date or just what date did my time credit serve start from.

Thank y/ou very much

P.S
I just want to know when is my federal sentence is finish.

___ Fee ___
___ Process ___
_x_ Dktd ___
_x_ CtRmDep ___
___ Doc. No. ___



ARTHUR JOHNSON #388213
South Louisiana Correctional Center.
3843 Stagg Ave.
Basile, LA. 70515
Dorm Wolf 1

LAFAYETTE LA 705
13 JUN 2006 PM 3 T

SOUTH LA CORRECTIONAL CENTER
NOT CENSORED
NOT RESPONSIBLE FOR CONTENT

Clerk of Court. Sec. N #
United State District Court
500 Camp Street.
New Orleans, LA. 70130

7013040#310