CASE # 00-156 "N"                                                  4-3-07

[FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA  2007 APR 12 PM 3:28  LORETTA G. WHYTE CLERK]

Honorable Kurt D. Englehardt,

    I'm writting in concern about my sentence, I recieved 18 months credit for time served on March 16, 2006. I was arrested on May 10, 2005 a federal warrant was issued for my arrest on April 21, 2005. Matter of fact I have been writting to everyone, this is my second letter to you. You told me if I had any problem concerning my sentence contact you, I have written Mr. Robert Barnard to the point til he don't even write back at all. My family have been calling and even tried the internet for my release date, it only shows my old project release date which was 7-15-04. Everyone my family calls say that they don't have any record of a new sentence, So could you please help me out, I want to know my release date, Thank you....

___ Fee_____
___ Process_____
 X  Dkd_____
___ CtRmDep_____
___ Doc. No_____

Arthur Johnson
#27060-034



## U.S. Department of Justice

Federal Bureau of Prisons

*South Central Regional Office*

---

4211 Cedar Springs Road, Suite 300
Dallas, Texas 75219

July 31, 2006

Robert F. Barnard
Assistant Federal Public Defender
Eastern District of Louisiana
Hale Boggs Federal Building
501 Magazine Street, Suite 318
New Orleans, Louisiana 70130

Re: JOHNSON, Arthur
    Register No. 27060-034

Dear Mr. Barnard:

This is in response to your letter in which you inquire about the status of Mr Johnson's federal term.

Currently, we have no records indicating Mr. Johnson is in service of a federal term. However, Mr. Johnson previously served a 57-month term of imprisonment which he satisfied on July 15, 2004. If Mr. Johnson has been sentenced to an additional federal term, please forward a copy of his federal Judgment and Commitment Order that would indicate the disposition of his federal sentence.

I have checked my correspondence file, and to date it appears Mr. Johnson has not sent any correspondence to this office concerning his confinement. I am enclosing a copy of Mr. Johnson's sentence computation regarding his 57-month term for your information.

Sincerely,

Mark Summers
Correctional Programs Specialist

Enclosure: Sentence Comp

**FEDERAL PUBLIC DEFENDER**
EASTERN DISTRICT OF LOUISIANA
*HALE BOGGS FEDERAL BUILDING*
501 MAGAZINE STREET, SUITE 318
NEW ORLEANS, LOUISIANA 70130

Virginia Laughlin Schlueter
  Federal Public Defender
Robert F. Barnard
John Harvey Craft
Roma A. Kent
Gary V. Schwabe, Jr.
Valerie Welz Jusselin
Ronald C. Small
  Assistant Federal Public Defenders

TOLL FREE  1-(800) 296-4046
TELEPHONE  (504) 589-7930
FAX  (504) 589-2556

July 20, 2006

Mr. Mark Summers
Federal Bureau of Prisons
South Central Region
4211 Cedar Spring Road, Suite 300
Dallas, Texas 75219

RE:   **Federal Inmate (in state custody)**
      **Arthur Johnson, Register No. 27060-034**

Dear Mr. Summers:

Please advise as to Mr. Johnson's release date and as to when he started to receive credit, federally, for his sentence.

Thank you in advance for your kind assistance.

Sincerely,

ROBERT F. BARNARD
Assistant Federal Public Defender

RFB/kik
Enclosure
cc:   Arthur Johnson

Arthur Johnson #2008258
3000 Perdido St.
H.O.D 8th Floor Northside Cell #8
New Orleans, LA. 70119

I S. MARSHALS

NEW ORLEANS LA 701
05 APR 2007 PM 6 L

Honorable, Kurt D. Englehardt
United States District Court
Eastern District of Louisiana
500 Camp St. or 500 Poydras St.
New Orleans, LA. 70130

70130/3302