**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 00-156 |
| ARTHUR JOHNSON | SECTION "N" |

### AMENDED JUDGMENT REVOKING SUPERVISED RELEASE

**IT IS ORDERED** that the Court's March 16, 2006 Judgment (Rec. Doc. No. 78) is amended to provide that Mr. Johnson's term of imprisonment of eighteen months shall be consecutive to any term of imprisonment imposed upon conviction of any of the drug charges pending in Orleans Parish Criminal District Court that arise out of his March 25, 2005, and May 10, 2005 arrests. *See State v. Johnson*, Nos. 458636 and 460923, Criminal District Court, Parish of Orleans, State of Louisiana. The same is true with respect to any conviction of the criminal trespassing charge pending in Orleans Parish Municipal Court that arises out of Mr. Johnson's arrest on March 23, 2005.

**IT IS FURTHER ORDERED** that, in all other respects, the Court's March 16, 2006 Judgment remains the same and in full force and effect.

New Orleans, Louisiana, this  27th  day of April 2007.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE