UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER 00-156** |
| **ARTHUR JOHNSON** | **SECTION "N"** |

## ORDER

The Court has received letters from Mr. Johnson inquiring about credit for time served and the projected release date for his sentence of imprisonment ordered by the undersigned on March 15, 2006. *See* June 8, 2006, June 15, 2006, and April 3, 2007 Letters (Rec. Doc. Nos. 88, 89, and 91). Credit for time served is calculated by the Bureau of Prisons. A definite release date for purposes of Mr. Johnson's federal term of imprisonment has not been available because Mr. Johnson remains in state custody in connection with his pending state court charges. Further, the trials of the two pending drug charges have been continued by the state court a number of times.[1]

Considering the Court's April 27, 2007 Amended Judgment rendered in this matter, Mr. Johnson's release date for purposes of his federal sentence of eighteen months imprisonment, which was imposed on March 15, 2006, depends on whether he is sentenced to a term of imprisonment for any of the state court charges referenced in the Amended Judgment. If he is not, he will receive credit against his federal term of imprisonment for time served in state court custody. If he is, he may or may not receive some credit against his federal term of imprisonment for the time

---

[1] Trial is presently scheduled to commence in both matters on May 7, 2007.

he has served in state court custody. That determination will be made by the Bureau of Prisons when it receives all necessary information regarding the disposition of Mr. Johnson's state court charges and the time served in state court custody.

New Orleans, Louisiana, this __27th__ day of April 2007.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE