# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

ARTHUR JOHNSON

WARRANT FOR ARREST

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 SEP 1  RETURN
LORETTA G. WHYTE
CLERK

CASE NUMBER: CR 00-156 N

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Arthur Johnson, 6242 Haynes Blvd., New Orleans, 70126** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  (X) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with alleged violations of Supervised Release

in violation of Title United States Code, Section(s)

| **LORETTA G. WHYTE** | **CLERK** |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer (By) Deputy Clerk | April 22, 2005  New Orleans, Louisiana |
| | Date and Location |

Bail fixed at $ _____ by _____ Name of Judicial Officer

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
New Orleans, LA

| DATE RECEIVED 04/22/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/02/06 | Brandon Taylor DUSM | Brandon T. |